| | |
|---|---|
| Daniel A. Brown, WSBA #22028<br>Marshall L. Ferguson, WSBA #29528<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Attorneys for Plaintiffs | The Honorable Bryan D. Lynch<br>Chapter 11<br>Date: 12/14/2017<br>Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>CDC PROPERTIES I, LLC,<br><br>Debtor. | NO. 11-41010-BDL |
| OLYMPIA OFFICE, LLC, a New York limited liability company; WA PORTFOLIO, LLC, a Delaware limited liability company; MARINERS PORTFOLIO, LLC, a Virginia limited liability company; and SEAHAWK PORTFOLIO, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC, a Washington limited liability company; MIDLAND LOAN SERVICES, a division of PNC BANK, N.A.; RAINIER FORECLOSURE SERVICES, INC., a Washington corporation; JSH PROPERTIES, INC., a Washington corporation,<br><br>Defendants. | ADV. NO. 17-04120-BDL<br><br>DECLARATION OF DANIEL A. BROWN IN SUPPORT OF EMERGENCY MOTION FOR SHORTENED TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER |

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
EMERGENCY MOTION FOR SHORTENED TIME FOR HEARING
ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY
INJUNCTION OR TEMPORARY RESTRAINING ORDER - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6280690.1

I, Daniel A. Brown, declare as follows:

1. I am a partner at Williams Kastner, attorneys for plaintiffs in this action, and I make this declaration based on my personal knowledge. If called to testify I would be competent to do so.

2. Attached as **Exhibit A** is a true and correct copy of the Plaintiffs' Motion for Preliminary Restraining Order filed in King County Superior Court Case No. 17-2-31354-8 SEA ("King County Case") on December 6, 2017.

3. Attached as **Exhibit B** is a true and correct copy of the Order to Show Cause entered in the King County Case on December 6, 2017.

4. Attached as **Exhibit C** is a true and correct copy of the Declaration of Scott Switzer and exhibits filed in the King County Case in support of the Motion for Preliminary Injunction.

5. Attached as **Exhibit D** is a true and correct copy of the Declaration of David M. Chudzik, Ph.D and exhibits filed in the King County Case in support of the Motion for Preliminary Injunction.

6. Attached as **Exhibit E** is a true and correct copy of the Complaint in the King County Case.

7. Attached as **Exhibit F** is a true and correct copy of the Affidavit of Service on Rainier Foreclosure Services, filed in the King County Case.

The foregoing statement is made under penalty of perjury under the laws of the United States of America and is true and correct.

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF EMERGENCY MOTION FOR SHORTENED TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6280690.1

DATED this 12th day of December, 2017.

/s/ Daniel A. Brown
Daniel A. Brown, WSBA #22028
Marshall L. Ferguson, WSBA #29528
Daniel J. Velloth, WSBA #44379
Attorneys for Plaintiffs Olympia Office, LLC;
WA Portfolio, LLC; Mariners Portfolio, LLC;
and Seahawk Portfolio, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com
mferguson@williamskastner.com
dvelloth@williamskastner.com

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF EMERGENCY MOTION FOR SHORTENED TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6280690.1

Case 17-04120-BDL    Doc 5    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 3 of 4

PROOF OF FILING

1. The undersigned hereby certifies that on December 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 12th day of December, 2017.

/s/ Daniel A. Brown
Daniel A. Brown, WSBA #22028
Marshall L. Ferguson, WSBA #29528
Daniel J. Velloth, WSBA #44379
Attorneys for Plaintiffs Olympia Office, LLC;
WA Portfolio, LLC; Mariners Portfolio, LLC;
and Seahawk Portfolio, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com
mferguson@williamskastner.com
dvelloth@williamskastner.com

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF EMERGENCY MOTION FOR SHORTENED TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6280690.1