FILED
17 DEC 06 PM 1:59

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-31354-8 SEA

CERTIFIED COPY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| OLYMPIA OFFICE, LLC, a New York limited liability company; WA PORTFOLIO, LLC, a Delaware limited liability company; MARINERS PORTFOLIO, LLC, a Virginia limited liability company; and SEAHAWK PORTFOLIO, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC, a Washington limited liability company; MIDLAND LOAN SERVICES, a division of PNC BANK, N.A.; RAINIER FORECLOSURE SERVICES, INC., a Washington corporation; JSH PROPERTIES, INC., a Washington corporation,<br><br>Defendants. | NO. 17-2-31354-8 SEA<br><br>ORDER TO SHOW CAUSE<br><br>**[Clerk's Action Required]** |

This matter came before the Court on Plaintiffs' Motion for Order to Show Cause Why Preliminary Injunctive Relief Should Not Be Issued to enjoin Defendants from foreclosing on Plaintiffs eight commercial properties. Based on the supporting declarations, the pleadings to date, including Plaintiffs' Motion for Order to Show Cause, and the attached exhibits; IT IS HEREBY ORDERED that Plaintiffs' Motion for Order to Show Cause Why Preliminary Injunctive Relief Should Not Be Issued is GRANTED.

ORDER TO SHOW CAUSE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6257116.1

# EXHIBIT B

IT IS FURTHER ORDERED that defendants RAINIER FORECLOSURE SERVICES, INC., a Washington corporation; and JSH PROPERTIES, INC., a Washington corporation shall appear at the following date, time and place:

Date: December 13, 2017

Time: 8:30 a.m.

Place: King County Superior Court
516 3rd Ave, Room W-965
Seattle, WA 98104

Judge: Judge Hollis Hill

and show cause why the relief requested in Plaintiffs' Motion for Preliminary Injunction (the "motion") should not be granted.

IT IS FURTHER ORDERED that any materials submitted by any party in opposition to the motion must be filed and served no later than 4:30 p.m., two court days prior to the returnable show cause hearing and any reply materials from Plaintiffs shall be submitted one court day prior to that hearing by 4:30 p.m.

YOUR FAILURE TO APPEAR AT THE TIME AND PLACE INDICATED ABOVE SHALL RESULT IN THE RELIEF REQUESTED BEING GRANTED.

DONE IN OPEN COURT this 6th day of December, 2017.

_____
JUDGE/COURT COMMISSIONER

ORDER TO SHOW CAUSE - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6257116.1

Case 17-04120-BDL    Doc 5-2    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 2 of 4

| | |
|---|---|
| 1 | PRESENTED BY:<br>/s/ Daniel A. Brown |
| 2 | Daniel A. Brown, WSBA #22028<br>Daniel J. Velloth, WSBA #44379 |
| 3 | Attorneys for Plaintiffs OLYMPIA OFFICE,<br>LLC; WA PORTFOLIO, LLC; MARINERS |
| 4 | PORTFOLIO, LLC; and SEAHAWK<br>PORTFOLIO, LLC |
| 5 | WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100 |
| 6 | Seattle, WA 98101-2380<br>Telephone: (206) 628-6600 |
| 7 | Fax: (206) 628-6611<br>dbrown@williamskastner.com |
| 8 | dvelloth@williamskastner.com |

ORDER TO SHOW CAUSE - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6257116.1

# King County Superior Court
## Judicial Electronic Signature Page

| | |
|---|---|
| Case Number: | 17-2-31354-8 |
| Case Title: | Olympia Office LLC et al vs MLMT 2005-MCP1 Washington Office Properties LLC et al |
| Document Title: | Order |
| Signed by: | Commissioner Henry Judson |
| Date: | 12/6/2017 1:59:53 PM |

Judge/Commissioner: Commissioner Henry Judson

This document is signed in accordance with the provisions in GR 30.

| | |
|---|---|
| Certificate Hash: | 252A2613AD1DF6F184ADD5EFD5753C76D53A5CB8 |
| Certificate effective date: | 7/16/2014 12:09:30 PM |
| Certificate expiry date: | 7/16/2019 12:09:30 PM |
| Certificate Issued by: | C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Henry Judson: WPypi5D74hGx6nH1YIhwmw==" |