1

2

3

4

5

6

7                    SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8    OLYMPIA OFFICE, LLC, a New York limited          NO.  17-2-31354-8 SEA
     liability company; WA PORTFOLIO, LLC, a
9    Delaware limited liability company;              DECLARATION OF SCOTT G. SWITZER
     MARINERS PORTFOLIO, LLC, a Virginia
10   limited liability company; and SEAHAWK
     PORTFOLIO, LLC, a Florida limited liability
11   company,

12              Plaintiffs,

13         v.

14   MLMT 2005-MCP1 WASHINGTON OFFICE
     PROPERTIES, LLC, a Washington limited
15   liability company; MIDLAND LOAN
     SERVICES, a division of PNC BANK, N.A.;
16   RAINIER FORECLOSURE SERVICES, INC.,
     a Washington corporation; JSH PROPERTIES,
17   INC., a Washington corporation,

18              Defendants.

19

20         I, Scott G. Switzer, hereby declare as follows:

21         1.       I am the Chief Operating Officer of each of the Property Owners.  I make this

22   Declaration based on my own personal knowledge and am competent to testify to the facts

23   contained herein.  The Property Owners maintain their principal place of business in

24   Cedarhurst, New York. I am fully familiar with the Property Owners' business operations.

25

DECLARATION OF SCOTT G. SWITZER - 1                          **Williams, Kastner & Gibbs PLLC**
                                                             601 Union Street, Suite 4100
                                                             Seattle, Washington 98101-2380
                                                             (206) 628-6600
6255982.1

# EXHIBIT C

A.      The Washington Bankruptcies

2.      On or about February 10, 2011, CDC Properties I LLC, a Delaware limited liability company ("CDC") filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Washington (the "Washington Bankruptcy Court") and was assigned case number 11-41010 (the "CDC Bankruptcy Case").

3.      CDC was the owner of the properties located at, and known as, (i) 5000 Capital Boulevard Southeast, Tumwater, WA 98502; (ii) 640 Woodland Square Loop Southeast, Lacey, WA 98503; (iii) 637 Woodland Square Loop Southeast, Lacey, WA 98503; (iv) 629 Woodland Square Loop Southeast, Lacey, WA 98503; (v) 4565 7th Avenue Southeast, Lacey, WA 98503; (vi) 645 Woodland Square Loop Southeast, Lacey, WA 98503; (vii) 805 South Mission Street, Wenatchee, WA 98801; (viii) 8830 25th Avenue Southwest, Seattle, WA 98106; and (ix) 1620 South Pioneer Way, Moses Lake, WA 98837 (collectively, the "Properties").

4.      On or about February 21, 2012, the CDC Bankruptcy Case was closed.

5.      On or about August 15, 2014, Prium Companies, LLC ("Prium") filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the Washington Bankruptcy Court and was assigned case number 14-44512 (the "Prium Bankruptcy Case"). Prium is the sole member of CDC Acquisition Company I, LLC, a Delaware limited liability company. CDC Acquisition Company I, LLC is the sole member of CDC.

6.      By Orders dated October 2, 2014 and February 26, 2015 in the Prium Bankruptcy Case, Eric D. Orse ("Orse") was appointed as the management representative with authority over several entities including CDC (the "Management Order").

DECLARATION OF SCOTT G. SWITZER - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

B.    The Property Owners Purchase of the Properties

7.    I have been employed in the loan origination business for over a decade. I frequently review and analyze lists and reports regarding commercial mortgage backed security loans in order to ascertain whether an investment opportunity exists. Once I identify a potential investment, I present the proposed idea and transaction to investors. If the investor is interested and the deal consummates, I often take a percentage interest of the deal in exchange for my sweat equity.

8.    In 2016, my partner, Kazu, noticed that the Properties appeared on a defaulting loan list. I reviewed the Properties and related bondholder reports and believed that there was value above the debt. I was familiar with the Properties from my prior history in the loan origination industry. The bondholder reports are publicly filed documents. I did not review the CDC bankruptcy plan or the deeds of trust. I was not fully familiar with the CDC bankruptcy process but knew that a trustee had been appointed.

9.    We saw this potential transaction as a business opportunity and did not contemplate litigation. We thought it was prudent to send an initial e-mail inquiry to the Office of the United States Trustee which is a branch of the United States Department of Justice in a good faith effort to begin the process for this business transaction.

10.    On July 19, 2016, my partner, Kazu, sent an e-mail to the Kathryn E. Perkins and Thomas A. Buford from the Office of the United States Trustee inquiring as to whether they would be able to sell the membership interests of CDC and, if so, an offer will be submitted for their review.

11.    In response, and by e-mail dated July 20, 2016, Thomas A. Buford from the Office of the United States Trustee stated that his office did not have authority over CDC but deferred to Diana K. Carey, Esq. and Mark Bailey, Esq. from the Law Office of Karr Tuttle Campbell as to what authority their client (i.e. Orse) has.

DECLARATION OF SCOTT G. SWITZER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

1    12.    On July 20, 2016, Diana K. Carey confirmed via e-mail that her firm

2    represented the court appointed management representative, Eric D. Orse.

3    13.    Shortly thereafter, Orse, through his attorneys, accepted the offer to purchase

4    the CDC membership interest.

5    14.    As is customary in transactional dealings, we asked Orse's counsel to warrant

6    that Orse had authority to sell the CDC membership interests, that they own all the Properties

7    (defined below), and that the there are no other liens other than the Noteholder (defined

8    below). These are common representations requested in any transaction and were not unique to

9    this deal.

10    15.    On August 19, 2016, a Membership Interest Purchase Agreement was executed

11    between CDC, acting through Orse, and CDC Member LLC, or its designee.

12    16.    However, after initially signing the Membership Interest Purchase Agreement,

13    Diana K. Carey advised us, via e-mail dated August 30, 2017, that they needed to restructure

14    the transaction from that of a membership interest purchase to a purchase of the actual

15    Properties. She further confirmed that Orse retained authority to transfer the Properties. We

16    were told that that Orse needed to do this in order to benefit from certain excise tax exemptions

17    available to his estate.  This was Orse's counsel's suggestion, not ours. As a result, the original

18    contract was terminated, which delayed the consummation of the purchase.

19    17.    Thereafter, on September 9, 2016, a purchase agreement (the "Purchase

20    Agreement") between CDC, acting through Orse, and CDC Member LLC, or its designee, was

21    executed.  CDC Member LLC was simply a contract vendee for the purchase of the Properties.

22    Having a contract vendee-purchaser and the ultimate purchaser be different entities is fairly

23    common in most real estate related transactions.

24    18.    In the Purchase Agreement, Orse represented and warranted that he had the

25    power and authority to execute and deliver the Purchase Agreement and to consummate the

DECLARATION OF SCOTT G. SWITZER - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

transactions contemplated therein. Orse further represented that he had the full and unfettered right, power and authority to execute and deliver the Purchase Agreement and to bind CDC. A true and correct copy of the

19.    By deeds dated September 23, 2016 (the "Deeds"), the Property Owners collectively purchased the Properties from CDC, acting through Orse. The Deeds were properly recorded. True and correct copies of the recorded deeds are attached as **Exhibit 1**.

20.    Thereafter, Plaintiffs reached out to Midland in an effort to negotiate a modification, refinance or other resolution that the Noteholder would agree to. Such overtures were denied. At this time in October 2016, we were exploring all options but running out of time given the fast approaching foreclosure sale date of October 21, 2016. After exhausting all options, the only available option to protect the assets was to file for bankruptcy protection in New York. Bankruptcy was an option of last resort. We were hopeful to avert the bankruptcy option and even waited until the day before the foreclosure auction sale in the hopes that a consensual deal could be structured.

C.    The Noteholder's Claims Against the Properties

21.    The Properties are subject to certain Deeds of Trust and related loan documents dated on or about September 29, 2004 to secure obligations (i) originally made in favor of Merrill Lynch Mortgage Lending, Inc. (the "Original Lender") in the original principal amount of $40,700,000.00 ("Note A") and (ii) originally made in favor of the Original Lender in the original principal balance of $2,557,500.00 ("Note B", and together with Note A, the "Notes").

22.    On or about September 30, 2005, the Original Lender purportedly assigned (i) Note A to Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1 ("Wells Fargo") and (ii) Note B to U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank

DECLARATION OF SCOTT G. SWITZER - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

N.A., as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2D ("U.S. Bank").

23.    The A Note is held in a trust whereby the Trustee is Wells Fargo and Midland is the Master Servicer and Special Servicer. The B Note is held in a trust whereby the Trustee is U.S. Bank and Wells Fargo is the Master Servicer and Midland is the Special Servicer. Payments made on a monthly basis are eventually remitted to the Trustee who sends them to the bondholders.

24.    In May 2016, Midland on behalf of Wells Fargo and U.S. Bank commenced an action to appoint a custodial receiver for the Properties captioned, Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1 and U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank N.A., as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2D, v. CDC Properties I, LLC.

25.    Pursuant to an Order Appointing Custodial Receiver dated May 19, 2016, JSH Properties, Inc. (the "Receiver") was appointed as custodial receiver over the Properties.

26.    On or about October 18, 2016, Wells Fargo and US Bank purportedly assigned the Notes and placed them into a special purpose entity known as MLMT 2005-MCP1 Washington Office Properties, LLC (the "Noteholder"). Midland Loan Services, a division of PNC Bank, N.A. ("Midland") serves as both the master servicer and special servicer for the Notes in accordance with certain separate Pooling and Servicing Agreements for Note A and only the Special Servicer for Wells Fargo is the Master Servicer for the Note B.

27.    Prior to engaging in this transaction and throughout the Property Owners' bankruptcy cases, I have reviewed the monthly publicly filed bondholder reports generated in connection with Note A. The Bondholder Report is a critical document filed pursuant to SEC regulations that reflects the amounts owed to the secured creditor in these cases and the

DECLARATION OF SCOTT G. SWITZER - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

recipients of the cash flow from the monthly payments. The bondholders are the true holders of the secured debt in these cases. The Notes, which evidence the secured debt held by the bondholders, were placed into a special purpose entity (defined herein as the Noteholder) shortly before the foreclosure sale. However, any secured debt in connection with the Properties can only be quantified in terms of what the bondholders are owed. A review of the Bondholder Report shows that the bondholders are owed significantly less than what has been reported in the claims filed by the Noteholder in its proofs of claims. A true and correct copy of the most recent Bondholder Report dated October 31, 2017 is attached as **Exhibit 2.** Notably, when presented with arguments to the contrary by the Noteholder, the Bankruptcy Court in NY agreed that the Bondholder Report is evidence of the actual debt. A true and correct copy of the relevant excerpt from the Order of the United States Bankruptcy Court for the Eastern District of New York on entered June 30, 2017 is attached as **Exhibit 3,** and its discussion of the reports is contained on pages 15-17.

28. As an example, in January 2017, Merrill Lynch Mortgage Trust 2005-MCP1 (a/k/a MLMT 2005-MCP1) prepared a bond pool report identified as a Distribution Date Statement to its investors with respect to the pool that owns Note A. On page 20 of the Bondholder Report it reflects that the Noteholder is owed $30,556,353.60 on account of Note A. The Bondholder Report does not reference any of the amounts claimed to be owed to the Noteholder except for principal and servicer fees. The Bondholder Report actually indicates that interest and principal have actually been paid through June, 2016. A true and correct copy of the Bondholder Report discussed is attached as **Exhibit 4**. When I reviewed the Bondholder Reports, I reasonably believed in the veracity of the information contained therein as these were publicly filed documents, and my understanding is, provided in accordance with SEC guidelines.

DECLARATION OF SCOTT G. SWITZER - 7

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

29.     The most recent Bondholder Report I have reviewed, apparently prepared in November 2017 and attached as Exhibit 2, reflects the most current amount owing on the A Note of $28,988,549.65 on p. 17. The debt service payment on that report is ***$229,814.95***. Similarly, the not publically available Bondholder Report disclosed in discovery reveals that the unpaid loan balance for the B-Note is $2,519,842.99 not the $4,602,959.73 and reveals the same interest rate as the original not.  Therefore, the debt service payment is ***$27,792.18***.  Total monthly payments on both Notes are ***$257,607.13***.

D.      The NY Bankruptcy Case

30.     Since the Noteholder had no interest in working through a resolution, with a pending foreclosure, on October 20, 2016, Olympia filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of New York. On November 3, 2016, Olympia filed the balance of its schedules, statements of financial affairs and all other required documents with the Clerk of the Court.

31.     On November 28, 2016, WA, Mariners, and Seahawk, each filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code with the Clerk of the Bankruptcy Court. On December 12, 2016, WA, Mariners, and Seahawk, each filed the balance of their respective schedules, statement of financial affairs and all other required documents with the Clerk of the Bankruptcy Court (the "NY Bankruptcy").

32.     There were multiple proceedings in the NY Bankruptcy, though the bankruptcy court dismissed the filing on technical grounds, the Court found that Defendants evidence neither established the amount of the debt they claimed was owed, nor the date of default the Defendants claim.

33.     While the NY Bankruptcy was dismissed, the court reviewed 6,000 pages of trial exhibits, and took live testimony.  Eventually, it specifically found that "***to make a***

DECLARATION OF SCOTT G. SWITZER - 8

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

*specific determination of the date or dates upon which the A note and B note went into* *default and then calculate the precise amount owing to the noteholder as the petition date, is* *one not an available exercise based upon the record created…*" p. 38:9-13 (emphasis added). The Court went on to make specific findings about the failures of the Noteholder to prove the amount due, and specific contradictions between the evidence cited and the Noteholder's positions. Attached as **Exhibit 5** is a true and correct copy of excerpts from that transcript of the NY Bankruptcy Court's oral decision dated September 28, 2017.

34. Essentially, the Noteholders in the NY Bankruptcy Case failed to prove the debt, yet they are seeking to foreclose again here on the same overstated debt and strip the Property Owners of the Property at issue.

35. In fact, just this week, a third party filed a motion with supporting declarations and evidence that demonstrates the Noteholder and Midland did not properly account for the debt and improperly manufactured its default. Attached as **Exhibit 10** is a true and correct copy of the motion, supporting declaration and exhibits filed in the United States Bankruptcy Court for the Western District of Washington, No. 11-41010-BDL, set for hearing on January 10, 2017. The filing demonstrates that at the time of the purported default there were ample funds available to pay the debt service, but instead the Noteholder and Midland declared a default.

E.   The Properties Generate Significant Revenue to Service the Debt

36. The principal and interest payments are being paid on a current monthly basis and continue to be paid. So no further security should be required. Though Property Owners do not have control over the revenues generated by the properties, as they are being held by JSH Properties, Inc. ("JSH"), the most recent report available to us dated September 13, 2017 states there is $1,032,695.37 in the account JSH controls, which is revenue generated from the properties. It further reflects that total deposits for the month of August alone comprises

DECLARATION OF SCOTT G. SWITZER - 9

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

$370,869.62. A true and correct copy of this report is attached as **Exhibit 6**. My review of the prior monthly reports commonly show revenue in excess of $350,000. The monthly debt service on the principle and interest is $229,814.95 on the A-Note, and on the B-Note based on my review of the notes and the B-Note Bondholder Report dated February 2017 (the most recent one available to me) the interest rate listed is identical to the B-Note resulting in a payment of $27,792.18. Thus the total monthly payments due are $257,607.13. Therefore, the revenue generated by the Properties is more than sufficient to pay the principle and interest.

37. I have attempted to obtain current reporting and work with JSH, however, our efforts to do so have been rebuffed. Attached as **Exhibit 7** is a true and correct copy of an email and response I received when I sought the October operating report. Attached as **Exhibit 8** is a true and correct copy of an email I sent but I never received a response. The Property Owners have previously contested the appropriateness of the continued management by JSH given their high commission, high charges and unreliable financial projections. The Property Owners have approached other third parties to take over the properties at a lower rate and without the unorthodox fees charged by the JSH.

F.     The Properties Have Substantial Value

38. Throughout the NY Bankruptcy and ever since obtaining the properties we have contended that the properties have substantial value. We retained Kidder Mathews and as noted by the appraiser who is filing a concurrent declaration, the Properties have significant equity above and beyond the Noteholder's lien. Noteworthy is that the Property Owners have already commenced efforts to liquidate some of the Properties with all remaining sale proceeds after closing costs to be remitted to the Noteholder as a principal payment reduction. The Property Owners have retained a broker to market the property as well, and the most recent information indicates the properties will be marketed for an aggregate value of approximately $46 million. Furthermore, even Midland's own documents list an "as-stabilized value of $39.5

DECLARATION OF SCOTT G. SWITZER - 10

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

39.     If the foreclosure is allowed to proceed the Noteholders will succeed in stripping nearly of $9 million in equity from the Property Owners through their declaration of a default despite being in control of hundreds of thousands of dollars available to them which could have been applied to continue to satisfy the debt payments.

I declare under penalty of perjury and the laws of the State of Washington that foregoing is true and correct.

Signed this ___ day of December, 2017, at Seattle, Washington.

_____
Scott G. Switzer

DECLARATION OF SCOTT G. SWITZER - 11

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

# Exhibit 1

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516



**201609280000128**
KTC KARR TUTTL QCD 74.00
PAGE-001 OF 002
09/28/2016 09:33
KING COUNTY, WA

**E2824651**
09/28/2016 09:33
KING COUNTY, WA
TAX $10.00
SALE $0.00 PAGE-001 OF 001

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | LITTLE CITY FARMS DIV #5 LOTS 12-13 & 16-17 & 20 SD BLK LESS ST |
| PARCEL NOS.: | | 436570-0060 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 8830 25TH AVE SW, SEATTLE, WASHINGTON, 98106, situated in the county of King, State of Washington, and legally described as follows:

Lots 12, 13, 16, 17, and 20, Block 29, Little City Farms, Division No. 5, according to the plat thereof recorded in Volume 26 of Plats, at Page 26, records of King County Washington, Except the West 3 feet thereof conveyed to the City of Seattle by instrument recorded under recording No. 7207170137.

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON     )
                        )     ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September 23, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



## REAL ESTATE EXCISE TAX AFFIDAVIT

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

PLEASE TYPE OR PRINT

This form is your receipt when stamped by cashier.

THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED

(See back of last page for instructions)

☐ Check box if partial sale of property     If multiple owners, list percentage of ownership next to name.

**1** SELLER GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle WA 98101
Phone No. (including area code) (206) 321-0724

**2** BUYER GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst NY 11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee
Name
Mailing Address
City/State/Zip
Phone No. (including area code)

List all real and personal property tax parcel account numbers – check box if personal property
436570-0060 ☐

List assessed value(s)
$2,170,900.00

**4** Street address of property: 8830 25TH AVE SW, SEATTLE, WASHINGTON, 98106

This property is located in King County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 12, 13, 16, 17, and 20, Block 29, Little City Farms, Division No. 5, according to the plat thereof recorded in Volume 26 of Plats, at Page 26, records of King County Washington, Except the West 3 feet thereof conveyed to the City of Seattle by instrument recorded under recording No. 7207170137

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):
83 - Business services
enter any additional codes:
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does    ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR                          DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all  personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document Quit Claim Deed

Date of Document 9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total Due | $ | 10.00 |

A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8** I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent _____

Name (print) Eric D. Orse, Manager

Date & city of signing: September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____

Name (print) _____

Date & city of signing: September      , 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)     THIS SPACE - TREASURER'S USE ONLY     COUNTY TREASURER



**Department of Revenue**
Washington State

PLEASE TYPE OR PRINT

PLEASE NOTE: This completed document cannot be saved to your hard drive
without the full version of Adobe Acrobat. If you are not using the full version
of Adobe Acrobat, you must complete this form, then print.

Reset This Form

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt
when stamped by cashier.

☐ Check box if partial sale of property _____ If multiple owners, list percentage of ownership next to name.

**1** SELLER/GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER/GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee
Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property
436570-0060  ☐
_____  ☐
_____  ☐
_____  ☐

List assessed value(s)
$2,170,900.00
_____
_____
_____

**4** Street address of property: 8830 25TH AVE SW, SEATTLE, WASHINGTON, 98106

This property is located in  King County  Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 12, 13, 16, 17, and 20, Block 29, Little City Farms, Division No. 5, according to the plat thereof recorded in Volume 26 of Plats, at Page 26, records of King County Washington, Except the West 3 feet thereof conveyed to the City of Seattle by instrument recorded under recording No. 7207170137

*If more space is needed, attach additional sheets.*

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):
63 - Business services
enter any additional codes: _____
(See back of last page for instructions)

Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?
YES ☐  NO ☑

**6**
Is this property designated as forest land per chapter 84.33 RCW?  YES ☐  NO ☑
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?  YES ☐  NO ☑
Is this property receiving special valuation as historical property per chapter 84.26 RCW?  YES ☐  NO ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____ DEPUTY ASSESSOR _____ DATE _____

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050  Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**  **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print)  Eric D. Orse, Manager
Date & city of signing:  September 23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent** _Linda Greenfeld_
Name (print)  Linda Greenfeld
Date & city of signing:  September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)  THIS SPACE - TREASURER'S USE ONLY



**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

1368496    09/29/2016 12:02 PM    QCD
Page 1 of 2    R 74.00    Grant Co, WA
KTCI

## NO REAL ESTATE EXCISE TAX PAID

**AFFIDAVIT No.** _227694_

Date _9-29-16_ By _R Saenz_
**DARRYL PHEASANT, Treasurer**
**Grant County, Washington**

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | LOT 1 LS SWLY60' CAPITAL TRACT, and SWLY 60' OF LOT 1 CAPITAL TRACT |
| PARCEL NOS.: | | 091064001, and 091064002 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest,  any and all of the Grantor's interest in the real estate whose address is 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON, situated in the county of Grant, State of Washington, and legally described as follows:

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of Grant County Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23ʳᵈ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON      )
                         )  ss.
COUNTY OF KING           )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September 23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA
_____
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020


Department of
**Revenue**
Washington State

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt
when stamped by cashier.

☐ Check box if partial sale of property        If multiple owners, list percentage of ownership next to name.

| **1** SELLER GRANTOR | **2** BUYER GRANTEE |
|---|---|
| Name CDC Properties I LLC | Name Seahawk Portfolio LLC, 30% TIC ** |
| Attn: Eric D. Orse, Manager | c/o June Diamant, Esq. |
| Mailing Address 1932 First Avenue, Ste. 1088 | Mailing Address 229 Linwood Avenue - Side Entrance |
| City/State/Zip Seattle  WA  98101 | City/State/Zip Cedarhurst  NY  11516 |
| Phone No. (including area code) (206) 321-0724 | Phone No. (including area code) (516) 569-0284 |

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

List all real and personal property tax parcel account numbers – check box if personal property

| | List assessed value(s) |
|---|---|
| Name _____ | 091064001 ☐ | $1,690,000.00 |
| Mailing Address _____ | 091064002 ☐ | $ 58,805.00 |
| City/State/Zip _____ | ☐ | |
| Phone No. (including area code) ____ | ☐ | |

**4** Street address of property: 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON

This property is located in  Grant County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of
Grant County Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and
Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

| 61 - Finance, insurance, and real estate services |
|---|

enter any additional codes:
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR               DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all  personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050 Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
**\*SEE INSTRUCTIONS**

**8**     I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent  _Eric Orse_

Name (print)  Eric D. Orse, Manager

Date & city of signing:  September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent  _see attached_

Name (print)  _____

Date & city of signing:  September    , 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

THIS SPACE - TREASURER'S USE ONLY                COUNTY TREASURER

Karr Tuttle Campbell
ck# $10.00

227694

9-29-16
R Saenz

**Department of Revenue**
Washington State

PLEASE TYPE OR PRINT

[ Reset This Form ]

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property    If multiple owners, list percentage of ownership next to name.

**1** SELLER/GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA 98101
Phone No. (including area code) (206) 321-0724

**2** BUYER/GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY 11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

| | List all real and personal property tax parcel account numbers – check box if personal property | | List assessed value(s) |
|---|---|---|---|
| Name _____ | 091064001 | ☐ | $1,690,000.00 |
| Mailing Address _____ | 091064002 | ☐ | $ 58,805.00 |
| City/State/Zip _____ | | ☐ | $ |
| Phone No. (including area code)_____ | | ☐ | $ |

**4** Street address of property: 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON

This property is located in  Grant County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of Grant County Washington

*If more space is needed, attach additional sheets.*

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):
[ 61 - Finance, insurance, and real estate services ]
enter any additional codes:
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, you must sign on (3) below. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____  _____
DEPUTY ASSESSOR             DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050 Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**  **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
Grantor or Grantor's Agent  see attached
Name (print)  Eric D. Orse, Manager
Date & city of signing:  September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent  Linda Greenfield
Name (print)  Linda Greenfield
Date & city of signing:  September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

**THIS SPACE - TREASURER'S USE ONLY**

227694

[ Print This Form (all copies) ]


Department of
**Revenue**
Washington State

PLEASE TYPE OR PRINT

# REAL ESTATE EXCISE TAX AFFIDAVIT

This form is your receipt when stamped by cashier.

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**

(See back of last page for instructions)

☐ Check box if partial sale of property        If multiple owners, list percentage of ownership next to name.

**1** SELLER GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

091064001 ☐
091064002 ☐
☐
☐

List assessed value(s)
$ 1,690,000.00
$ 58,805.00

**4** Street address of property: 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON

This property is located in Grant County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of
Grant County Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and
Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

61 - Finance, insurance, and real estate services

enter any additional codes:
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below**. The county assessor must determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____ _____
DEPUTY ASSESSOR                DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document Quit Claim Deed

Date of Document 9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| **Total Due** | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8** **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
Grantor or Grantor's Agent _Eric Orse_
Name (print) Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _see attached_
Name (print) _____
Date & city of signing: September ___, 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum period of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

THIS SPACE - TREASURER'S USE ONLY

COUNTY TREASURER

Karr Tuttle Campbell
ck #10⁵⁰

227694

9-29-16



**Department of Revenue**
**Washington State**

PLEASE TYPE OR PRINT

~~PLEASE NOTE: This completed document cannot be saved to your hard drive without the full version of Adobe Acrobat. If you are not using the full version of Adobe Acrobat, you must complete this form, then print.~~

**Reset This Form**

## REAL ESTATE EXCISE TAX AFFIDAVIT
### CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1 SELLER/GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA 98101
Phone No. (including area code) (206) 321-0724

**2 BUYER/GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee
Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property
091064001 ☐
091064002 ☐
☐
☐

List assessed value(s)
$1,690,000.00
$ 58,805.00

**4** Street address of property: 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON

This property is located in Grant County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of Grant County Washington

*If more space is needed, attach additional sheets.*

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):
61 - Finance, insurance, and real estate services
enter any additional codes:
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**
| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____          _____
DEPUTY ASSESSOR          DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document Quit Claim Deed

Date of Document 9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8** **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of Grantor or Grantor's Agent _see attached_
Name (print) Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of Grantee or Grantee's Agent _Fred Greenfield_
Name (print) Linda Greenfield
Date & city of signing: September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

THIS SPACE - TREASURER'S USE ONLY
227694

**Print This Form** (all copies)

After recording return to:
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

*171703*

REAL ESTATE EXCISE TAX
EXEMPT
Chelan County Treasurer
David E. Griffiths, CPA

By _____ 9-29-16
Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | T 22N R 20EWM S 10 PART NESE 2.2800 ACRES |
| PROPERTY ID: | | 53442 |
| GEOGRAPHIC ID: | | 222010410050 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest,  any and all of the Grantor's interest in the real estate whose address is 805 S MISSION ST, WENATCHEE, WA 98801, situated in the county of Chelan, State of Washington, and legally described as follows:

A tract of land bounded on the North by Benton Street, bounded on the West by Mission Street, bounded on the South by Bridge Street and bounded on the East by an alley way, said tract being known as the Mission Street Park, described as follows: Those portions of Block 7, Peachey Addition, Chelan County, Washington, according to the plat thereof recorded in Volume 1 of Plats, Page 69, lying Northerly of Bridge Street, Easterly of Missions Street and Southerly of Benton Street, as said streets now exist, and lying Westerly of the Easterly line of Lots 7, 8, 9, and 10, Block 2, Olives Addition. Chelan County, Washington, according to the plat thereof recorded in Volume 2 of Plats, Page 81 and the Northerly production of said Easterly line of said Lot 10 AND Block 1 and Lots 7, 8, 9, and 10, Block 2 of Olives Addition, TOGETHER WITH that portion of vacated Crescent Street lying Southerly of said Benton Street, AND TOGETHER WITH the Northerly half of that portion of Bridge Street lying Westerly of the Westerly line of Block 7, Columbia Bridge Addition to Wenatchee, extended Northerly, as vacated by City of Wenatchee Ordinance No. 2557, recorded November 1, 1984, under Auditor's No. 8411010098, Chelan County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23Rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON    )
                                   )    ss.
COUNTY OF KING           )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED: September _23_, 2016.

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

NOTARY PUBLIC in and for the State of Washington, Residing at _Kent, WA_

Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_


**REAL ESTATE EXCISE TAX AFFIDAVIT**

PLEASE TYPE OR PRINT

This form is your receipt when stamped by cashier.

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property      If multiple owners, list percentage of ownership next to name.

**1 SELLER/GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse - Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle WA 98101
Phone No. (including area code) (206) 321-0724

**2 BUYER/GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst NY 11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

List all real and personal property tax parcel account numbers – check box if personal property

List assessed value(s)

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

53442 ☐
_____ ☐
_____ ☐
_____ ☐

$3,597,933.00

**4** Street address of property: 805 S MISSION ST, WENATCHEE, WA 98801

This property is located in Chelan County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

    See Exhibit A attached hereto

    ** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC;
    and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

67 - Governmental services

enter any additional codes:
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below**. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

_____    _____
    DEPUTY ASSESSOR         DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below**. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

    PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____

_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document   Quit Claim Deed

Date of Document   September 23, 2016

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050   Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total Due | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
**\*SEE INSTRUCTIONS**

**8**    **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _signature_

Name (print) Eric D. Orse, Manager

Date & city of signing: September 23, 2016

Signature of
**Grantee or Grantee's Agent** _____

Name (print) _____

Date & city of signing: September ___, 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)        THIS SPACE - TREASURER'S USE ONLY        COUNTY TREASURER

       171703



PLEASE NOTE: This completed document cannot be saved to your hard drive without the full version of Adobe Acrobat. If you are not using the full version of Adobe Acrobat, you must complete this form, then print.

**Department of Revenue Washington State**

Reset This Form

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property

If multiple owners, list percentage of ownership next to name.

**1 SELLER GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA 98101
Phone No. (including area code) (206) 321-0724

**2 BUYER GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

List all real and personal property tax parcel account numbers – check box if personal property

List assessed value(s)

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

53442  ☐
_____  ☐
_____  ☐
_____  ☐

$3,597,933.00

**4** Street address of property: 805 S MISSION ST, WENATCHEE, WA 98801

This property is located in Chelan County    Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit):

See Exhibit A attached hereto

*If more space is needed, attach additional sheets.*

** continued from buyer:  Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

67 - Governmental services

enter any additional codes: _____
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR    DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

_____

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document ___ September 23, 2016

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050 Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**    **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print) Eric D. Orse, Manager
Date & city of signing  September 23, 2016

Signature of
**Grantee or Grantee's Agent** Linda Greenfield
Name (print) Linda Greenfield
Date & city of signing  September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

**THIS SPACE - TREASURER'S USE ONLY**

Print This Form (all copies)



## Exhibit A

A tract of land bounded on the North by Benton Street, bounded on the West by Mission Street, bounded on the South by Bridge Street and bounded on the East by an alley way, said tract being known as the Mission Street Park, described as follows:

Those portions of Block 7, Peachey Addition, Chelan County, Washington, according to the plat thereof recorded in Volume 1 of Plats, Page 69, lying Northerly of Bridge Street, Easterly of Missions Street and Southerly of Benton Street, as said streets now exist, and lying Westerly of the Easterly line of Lots 7, 8, 9, and 10, Block 2, Olives Addition. Chelan County, Washington, according to the plat thereof recorded in Volume 2 of Plats, Page 81 and the Northerly production of said Easterly line of said Lot 10 AND Block 1 and Lots 7, 8, 9, and 10, Block 2 of Olives Addition, TOGETHER WITH that portion of vacated Crescent Street lying Southerly of said Benton Street, AND TOGETHER WITH the Northerly half of that portion of Bridge Street lying Westerly of the Westerly line of Block 7, Columbia Bridge Addition to Wenatchee, extended Northerly, as vacated by City of Wenatchee Ordinance No. 2557, recorded November 1, 1984, under Auditor's No. 8411010098, Chelan County, Washington

REET Affidavit     PROPERTY ID: 53442     GEOGRAPHIC ID: 222010410050     805 S MISSION ST
WENATCHEE, WA 98801

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 732999

*Thurston County Treasurer*

Real Estate Excise Tax Paid _none_

By _____ Deputy

---

DOCUMENT TITLE: **QUIT CLAIM DEED**

REFERENCE NUMBER(S): _____

GRANTOR: **CDC PROPERTIES I LLC**

GRANTEE:

1. Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest
2. Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest
3. WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest
4. Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest

ABBREV. LEGAL     Section 17 Township 18 Range 1W Plat WOODLAND SQUARE BLA 6144 TR B

PARCEL NOS.:     84990001200

---

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 637 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

**4525127**
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

**Pages: 2**

Parcel B of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON )
                     )  ss.
COUNTY OF KING       )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September 23, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



## REAL ESTATE EXCISE TAX AFFIDAVIT

PLEASE TYPE OR PRINT

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property                    If multiple owners, list percentage of ownership next to name.

**1** SELLER/GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER/GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

| | |
|---|---|
| 84990001200 | ☐ |
| ___ | ☐ |
| ___ | ☐ |
| ___ | ☐ |

List assessed value(s)

1,668,600.00
_____
_____
_____

**4** Street address of property: 637 Woodland Square Loop SE, Olympia  WA  98503

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel B of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional codes:
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below**. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does   ☐ does not  qualify for continuance.

_____     _____
DEPUTY ASSESSOR     DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below**. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

(3) OWNER(S) SIGNATURE

_____

PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed
Date of Document  9/23/16

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050  Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**       I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent _____
Name (print)  Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____
Name (print) _____
Date & city of signing: September ___, 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)

THIS SPACE - TREASURER'S USE ONLY          COUNTY TREASURER

SEP 28 '16 732999



**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

Reset This Form

This form is your receipt
when stamped by cashier.

☐ Check box if partial sale of property

If multiple owners, list percentage of ownership next to name.

**1 | SELLER GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2 | BUYER GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

84990001200 ☐
_____ ☐
_____ ☐
_____ ☐

List assessed value(s)

1,668,600.00
_____
_____
_____

**4** Street address of property: 637 Woodland Square Loop SE, Olympia  WA  98503

This property is located in  Thurston County        Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel B of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126,
Records of Thurston County, Washington

*If more space is needed, attach additional sheets.*

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC;
and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional codes: _____
(See back of last page for instructions)

Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?

YES ☐  NO ☑

**6**

Is this property designated as forest land per chapter 84.33 RCW?   YES ☐ NO ☑

Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?   YES ☐ NO ☑

Is this property receiving special valuation as historical property per chapter 84.26 RCW?   YES ☐ NO ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____          _____
DEPUTY ASSESSOR                        DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

**PRINT NAME**

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050  Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**          **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print)  Eric D. Orse, Manager
Date and city of signing:  September  23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent** _Linda Greenfield_
Name (print)  Linda Greenfield
Date and city of signing:  September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          **THIS SPACE - TREASURER'S USE ONLY**

Print This Form (all copies)



**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

**Thurston County Treasurer**

SEP 28 '16  732998
732998

Real Estate Excise Tax Paid _None_

By _____ Deputy

---

| | |
|---|---|
| DOCUMENT TITLE: | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | _____ |
| GRANTOR: | **CDC PROPERTIES I LLC** |

GRANTEE:
1. Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest
2. Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest
3. WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest
4. Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest

| | |
|---|---|
| ABBREV. LEGAL | Section 17 Township 18 Range 1W Quarter SE SE Plat WOODLAND SQUARE, LOTS 10, AND 11 |
| PARCEL NOS.: | 84990001000, 84990001100 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 645 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

> Lots 10 and 11 of Woodland Square, as per Plat recorded in Volume 20 of Plats, pages 103 and 104, records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON      )
                         )      ss.
COUNTY OF KING           )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September 23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



**Department of Revenue**
Washington State

PLEASE TYPE OR PRINT

### REAL ESTATE EXCISE TAX AFFIDAVIT

This form is your receipt when stamped by cashier.

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property    If multiple owners, list percentage of ownership next to name.

**1** SELLER GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property
84990001000 ☐
84990001100 ☐
☐
☐
☐

List assessed value(s)
$689,300.00
$295,950.00

**4** Street address of property: 645 Woodland Square Loop SE, Olympia WA 98503

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 10 and 11 of Woodland Square, as per Plat recorded in Volume 20 of Plats, pages 103 and 104, records of Thurston County, Washington

** continued from buyer:  Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC;
and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional codes:
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber), you must sign on (3) below. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does   ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR                    DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____
_____
_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption _____
Bankruptcy; pursuant to Ex. A, para. 6 of the
Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct.,
WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  September 23, 2016

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total Due | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
**\*SEE INSTRUCTIONS**

**8**    **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
Grantor or Grantor's Agent  _Eric Orse_

Name (print)  Eric D. Orse, Manager

Date & city of signing:  September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____

Name (print) _____

Date & city of signing: _____

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)    THIS SPACE - TREASURER'S USE ONLY    COUNTY TREASURER



PLEASE NOTE: This completed document cannot be saved to your hard drive without the full version of Adobe Acrobat. If you are not using the full version of Adobe Acrobat, you must complete this form, then print.

[ Reset This Form ]

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property
If multiple owners, list percentage of ownership next to name.

**1** SELLER/GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle WA 98101
Phone No. (including area code) (206) 321-0724

**2** BUYER/GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst NY 11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

| | | List assessed value(s) |
|---|---|---|
| 84990001000 | ☐ | $689,300.00 |
| 84990001100 | ☐ | $295,950.00 |
| | ☐ | |
| | ☐ | |
| | ☐ | |

**4** Street address of property: 645 Woodland Square Loop SE, Olympia WA 98503

This property is located in Thurston County     Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 10 and 11 of Woodland Square, as per Plat recorded in Volume 20 of Plats, pages 103 and 104, records of Thurston County, Washington

*If more space is needed, attach additional sheets.*

** continued from buyer:  Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):
65 - Professional services (medical, dental, etc.)
enter any additional codes:
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

_____     _____
DEPUTY ASSESSOR          DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption    Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document Quit Claim Deed

Date of Document September 23, 2016

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
**SEE INSTRUCTIONS**

**8**     **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print) Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent** David Greenfield
Name (print) Linda Greenfield
Date & city of signing: September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)     THIS SPACE – TREASURER'S USE ONLY

Print This Form (all copies)

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 733000

Thurston County Treasurer

Real Estate Excise Tax Paid _____

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Plat WOODLAND SQUARE BLA-6144 TR A |
| PARCEL NOS.: | | 84990001400 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 629 WOODLAND SQUARE LOOP SE, OLYMPIA,

4525128
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

Pages: 2

Case 17-04120-BDL   Doc 5-3   Filed 12/12/17

WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

Parcel A of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON     )
                        )      ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September 23 , 2016.

_____
NOTARY PUBLIC in and for the State of Washington, Residing at Kent, WA

Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



Department of
**Revenue**
*Washington State*

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt
when stamped by cashier.

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1** | **SELLER GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (Including area code) (206) 321-0724

**2** | **BUYER GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (Including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

84990001400 ☐
_____ ☐
_____ ☐
_____ ☐

List assessed value(s)

$ 2,832,750.00

**4** Street address of property: 629 Woodland Square Loop SE, Olympia  WA  98503

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel A of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126,
Records of Thurston County, Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC;
and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional codes:
(See back of last page for instructions)

Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?
YES ☐  NO ☑

**6** |
Is this property designated as forest land per chapter 84.33 RCW?  YES ☐ NO ☑
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?  YES ☐ NO ☑
Is this property receiving special valuation as historical property per chapter 84.26 RCW?  YES ☐ NO ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture,) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

_____  _____
DEPUTY ASSESSOR                      DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

_____
_____
_____

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050 Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent _Eric Orse (signature)_
Name (print) Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____
Name (print) _____
Date & city of signing: September ___, 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          THIS SPACE - TREASURER'S USE ONLY          COUNTY TREASURER

SEP 28 '16 733000



PLEASE NOTE: This completed document cannot be saved to your hard drive without the full version of Adobe Acrobat. If you are not using the full version of Adobe Acrobat, you must complete this form, then print.

**Reset This Form**

## REAL ESTATE EXCISE TAX AFFIDAVIT
### CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

PLEASE TYPE OR PRINT

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property    If multiple owners, list percentage of ownership next to name.

**1** SELLER GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA 98101
Phone No. (including area code) (206) 321-0724

**2** BUYER GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY 11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

| | List all real and personal property tax parcel account numbers – check box if personal property | List assessed value(s) |
|---|---|---|
| Name _____ | 84990001400 ☐ | $ 2,832,7500.00 |
| Mailing Address _____ | ☐ | |
| City/State/Zip _____ | ☐ | |
| Phone No. (including area code) _____ | ☐ | |

**4** Street address of property: 629 Woodland Square Loop SE, Olympia  WA 98503

This property is located in  Thurston County    Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel A of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

*If more space is needed, attach additional sheets.*

**5** Select Land Use Code(s):
65 - Professional services (medical, dental, etc.)
enter any additional codes: _____
(See back of last page for instructions)

| | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**
| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR                    DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050  Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
***SEE INSTRUCTIONS**

**8** **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print)  Eric D. Orse, Manager
Date & city of signing:  September 23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent** _Linda Greenfield_
Name (print)  Linda Greenfield
Date & city of signing:  September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)    THIS SPACE – TREASURER'S USE ONLY

**Print This Form (all copies)**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

Thurston County Treasurer

Real Estate Excise Tax Paid _____

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Quarter SE SE Plat WOODLAND SQUARE LT 35 & 36 |
| PARCEL NOS.: | | 84990003500, 84990003600 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 640 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

4525129
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

Pages: 2

Case 17-04120-BDL   Doc 5-3   Filed 12/12/17   Ent. 12/12/17 13:51:59   Pg. 40 of 121

Lots 35 and 36 of Woodland Square, as per Plat recorded in Volume 20 of Plats, Pages 103 and 104, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this _23rd_ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON    )
                              )   ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September _23_ , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at _Kent, WA_

_____
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_

```
RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020
```



### REAL ESTATE EXCISE TAX AFFIDAVIT

PLEASE TYPE OR PRINT

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property      If multiple owners, list percentage of ownership next to name.

**1** **SELLER GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** **BUYER GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

| | List all real and personal property tax parcel account numbers – check box if personal property | | List all assessed value(s) |
|---|---|---|---|
| Name | 84990003500 | ☐ | $402,350.00 |
| Mailing Address | 84990003600 | ☐ | $7,108,750.00 |
| City/State/Zip | | ☐ | |
| Phone No. (including area code) | | ☐ | |

**4** Street address of property: 640 Woodland Square Loop SE, Olympia  WA  98503

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 35 and 36 of Woodland Square, as per Plat recorded in Volume 20 of Plats, Pages 103 and 104, Records of Thurston County, Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC;
and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional codes:  63 Business Services
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below**. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____    _____
DEPUTY ASSESSOR                      DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below**. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | | |
|---|---|---|
| Gross Selling Price $ | | 0.00 |
| *Personal Property (deduct) $ | | 0.00 |
| Exemption Claimed (deduct) $ | | 0.00 |
| Taxable Selling Price $ | | 0.00 |
| Excise Tax : State $ | | 0.00 |
| 0.0050 Local $ | | 0.00 |
| *Delinquent Interest: State $ | | |
| Local $ | | |
| *Delinquent Penalty $ | | |
| Subtotal $ | | 0.00 |
| *State Technology Fee $ | | 5.00 |
| *Affidavit Processing Fee $ | | 5.00 |
| Total Due $ | | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8** **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
Grantor or Grantor's Agent _~Eric Orse signature~_

Name (print)  Eric D. Orse, Manager

Date & city of signing:  September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____

Name (print) _____

Date & city of signing:  September _____, 2016

Perjury: Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)        THIS SPACE - TREASURER'S USE ONLY        COUNTY TREASURER

SEP 28 '16 733001


**Department of Revenue**
**Washington State**

Reset This Form

## REAL ESTATE EXCISE TAX AFFIDAVIT
### CHAPTER 82.45 RCW – CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

PLEASE TYPE OR PRINT

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1** SELLER GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

| | List all real and personal property tax parcel account numbers – check box if personal property | | List assessed value(s) |
|---|---|---|---|
| Name | 84990003500 | ☐ | $402,350.00 |
| Mailing Address | 84990003600 | ☐ | $7,108,750.00 |
| City/State/Zip | | ☐ | |
| Phone No. (including area code) | | ☐ | |

**4** Street address of property: 640 Woodland Square Loop SE, Olympia  WA  98503

This property is located in  Thurston County          Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit):

Lots 35 and 36 of Woodland Square, as per Plat recorded in Volume 20 of Plats, Pages 103 and 104, Records of Thurston County, Washington

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

*If more space is needed, attach additional sheets.*

**5** Select Land Use Code(s):
65 - Professional services (medical, dental, etc.)
enter any additional codes: 63 Business Services
(See back of last page for instructions)

Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?   YES ☐   NO ☑

**6**                                                                                    YES   NO
Is this property designated as forest land per chapter 84.33 RCW?   ☐   ☑
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?   ☐   ☑
Is this property receiving special valuation as historical property per chapter 84.26 RCW?   ☐   ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does   ☐ does not  qualify for continuance.

_____   _____
DEPUTY ASSESSOR                          DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection)  458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
***SEE INSTRUCTIONS**

**8**          I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
**Grantor or Grantor's Agent** _____
Name (print)  Eric D. Orse, Manager
Date & city of signing:  September  23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent** _Linda Greenfield_
Name (print)  Linda Greenfield
Date & city of signing:  September 26, 2016,  New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          THIS SPACE – TREASURER'S USE ONLY

Print This Form (all copies)

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 733002

Thurston County Treasurer
Real Estate Excise Tax Paid _*None*_
By _____ Deputy

| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
|---|---|---|
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Quarter SE SE Plat WOODLAND SQUARE LT 31, 32, 33, 34 |
| PARCEL NOS.: | | 84990003100, 84990003200, 84990003300, 84990003400 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 4565 7TH AVE SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

Parcel A of Boundary Line Adjustment No. BLA-6196 recorded under Recording No. 9010160091, Records of Thurston County, Washington (Being Lots 31 through 34 of Woodland Square)

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON        )
                            )    ss.
COUNTY OF KING             )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September  23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires  July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



**Department of Revenue**
Washington State

**REAL ESTATE EXCISE TAX AFFIDAVIT**

PLEASE TYPE OR PRINT

CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1 SELLER GRANTOR**
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2 BUYER GRANTEE**
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

| | List all real and personal property tax parcel account numbers – check box if personal property | | List assessed value(s) |
|---|---|---|---|
| Name _____ | 84990003100 | ☐ | $6,054,650.00 |
| Mailing Address _____ | 84990003200 | ☐ | $411,150.00 |
| City/State/Zip _____ | 84990003300 | ☐ | $439,900.00 |
| Phone No. (including area code) _____ | 84990003400 | ☐ | $428,000.00 |

**4** Street address of property: 4565 7TH AVE SE, OLYMPIA, WASHINGTON, 98503

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel A of Boundary Line Adjustment No. BLA-6196 recorded under Recording No. 9010160091, Records of Thurston County, Washington (Being Lots 31 through 34 of Woodland Square).

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**5** Select Land Use Code(s):

65 - Professional services (medical, dental, etc.)

enter any additional code(s)  63 Business Services
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____  _____
DEPUTY ASSESSOR                    DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  9/23/16

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050  Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total Due | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**          I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
**Grantor or Grantor's Agent**  _Eric Orse_

Name (print)  Eric D. Orse, Manager

Date & city of signing: September 23, 2016, Seattle

Signature of
**Grantee or Grantee's Agent**  _____

Name (print)  _____

Date & city of signing: September ____, 2016

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          THIS SPACE - TREASURER'S USE ONLY          COUNTY TREASURER

SEP 28 '16 733002

Department of **Revenue**
Washington State

**Reset This Form**

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW — CHAPTER 458-61A WAC
**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property      If multiple owners, list percentage of ownership next to name.

**1** SELLER / GRANTOR
Name **CDC Properties I LLC**
Attn: Eric D. Orse, Manager
Mailing Address **1932 First Avenue, Ste. 1088**
City/State/Zip **Seattle   WA   98101**
Phone No. (including area code) **(206) 321-0724**

**2** BUYER / GRANTEE
Name **Seahawk Portfolio LLC, 30% TIC ***
c/o June Diamant, Esq.
Mailing Address **229 Linwood Avenue - Side Entrance**
City/State/Zip **Cedarhurst   NY   11516**
Phone No. (including area code) **(516) 569-0284**

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

| Parcel numbers | | List assessed value(s) |
|---|---|---|
| 84990003100 | ☐ | $6,054,650.00 |
| 84990003200 | ☐ | $411,150.00 |
| 84990003300 | ☐ | $439,900.00 |
| 84990003400 | ☐ | $428,000.00 |

**4** Street address of property: **4565 7TH AVE SE, OLYMPIA, WASHINGTON, 98503**

This property is located in **Thurston County**
Required

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Parcel A of Boundary Line Adjustment No. BLA-6196 recorded under Recording No. 9010160091, Records of Thurston County, Washington (Being Lots 31 through 34 of Woodland Square)

*** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC**

*If more space is needed, attach additional sheets.*

**5** Select Land Use Code(s):
**65 - Professional services (medical, dental, etc.)**
enter any additional codes: **63 Business Services**
(See back of last page for instructions)

|  | YES | NO |
|---|---|---|
| Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)? | ☐ | ☑ |

**6**

|  | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☑ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW? | ☐ | ☑ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☑ |

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

_____   _____
DEPUTY ASSESSOR                        DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____

**PRINT NAME**

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) **458-61A-207**

Reason for exemption
**RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010**

Type of Document **Quit Claim Deed**
Date of Document **9/23/16**

| | | |
|---|---|---|
| Gross Selling Price | $ | 0.00 |
| *Personal Property (deduct) | $ | 0.00 |
| Exemption Claimed (deduct) | $ | 0.00 |
| Taxable Selling Price | $ | 0.00 |
| Excise Tax : State | $ | 0.00 |
| 0.0050 Local | $ | 0.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 0.00 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | 5.00 |
| Total | $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS**

**8**      **I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature of
**Grantor or Grantor's Agent** _____
Name (print) **Eric D. Orse, Manager**
Date & city of signing: **September 23, 2016, Seattle**

Signature of
**Grantee or Grantee's Agent** *Linda Greenfield*
Name (print) **Linda Greenfield**
Date & city of signing: **September 26, 2016, New York**

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)             THIS SPACE - TREASURER'S USE ONLY

**Print This Form (all copies)**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 733003

**Thurston County Treasurer**

Real Estate Excise Tax Paid ___none___

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 34 Township 18 Range 2W Plat TROSPERS ADDITION TO TUMWATER LT 1 - 6 & 9 - 16 Document 011/107 VAC ST ADJ LESS S18F LT 6 |
| PARCEL NOS.: | | 80400000100 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 5000 S CAPITAL BLVD, TUMWATER, WASHINGTON, 98501, situated in the county of Thurston, State of Washington, and legally described as follows:

**4525131**
09/28/2016 12:33 PM  Deed
Thurston County Washington
KCRR TUTTLE CAMPBELL

**Pages: 2**

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 48 of 121

Lots 1 through 6 inclusive and lots 9 through 16 inclusive, all in Trosper Addition to Tumwater, as per Plat Recorded in Volume 11 of Plats, Page 107, Records of Thurston County, Washington;

Except the South 18 feet of said Lot 6, and also Except those portions of Lots 1 and 16 of said Plat conveyed to the City of Tumwater for street purposes by deeds recorded under Recording Nos. 912527 and 926019;

Together with those portions of vacated Market Street abutting and adjoining said lots vacated by Ordinance 515, recorded under Recording No. 775791, which upon vacation reverted to said premises by operation of law.

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23ʳᵈ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON      )
                              )    ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED: September 23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020



**Department of Revenue**
**Washington State**

PLEASE TYPE OR PRINT

## REAL ESTATE EXCISE TAX AFFIDAVIT
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt
when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1** SELLER/GRANTOR
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** BUYER/GRANTEE
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee

List all real and personal property tax parcel account numbers – check box if personal property

Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

80400000100 ☐

List assessed value(s)
$7,042,150.00

**4** Street address of property:  5000 S CAPITAL BLVD, TUMWATER, WASHINGTON, 98501
This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 1 through 6 inclusive and lots 9 through 16 inclusive, all in Trosper Addition to Tumwater, as per Plat Recorded in Volume 11 of Plats, Page 107, Records of Thurston County, Washington;  Except the South 18 feet of said Lot 6, and also Except those portions of Lots 1 and 16 of said Plat conveyed to the City of Tumwater for street purposes by deeds recorded under Recording Nos. 912527 and 926019;  Together with those portions of vacated Market Street abutting and adjoining said lots vacated by Ordinance 515, recorded under Recording No. 775791, which upon vacation reverted to said premises by operation of law.

**5** Select Land Use Code(s):

63 - Business services

enter any additional codes:
(See back of last page for instructions)

Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?     YES ☐   NO ☑

**6**

Is this property designated as forest land per chapter 84.33 RCW?     YES ☐  NO ☑
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?     YES ☐  NO ☑
Is this property receiving special valuation as historical property per chapter 84.26 RCW?     YES ☐  NO ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, you must sign on (3) below. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does  ☐ does not  qualify for continuance.

_____          _____
DEPUTY ASSESSOR                     DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

** continued from buyer: Mariners Portfolio LLC, 10% TIC;
WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

**7** List all personal property (tangible and intangible) included in selling price. N/A

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed
Date of Document  September 23, 2016

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050   Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8**     I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent _____
Name (print)  Eric D. Orse, Manager
Date & city of signing:  September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _____
Name (print) _____
Date & city of signing: _____

Perjury: Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          THIS SPACE - TREASURER'S USE ONLY          COUNTY TREASURER

SEP 28 '16 733003



**Department of Revenue**
Washington State

PLEASE TYPE OR PRINT

# REAL ESTATE EXCISE TAX AFFIDAVIT
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

This form is your receipt when stamped by cashier.

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if partial sale of property          If multiple owners, list percentage of ownership next to name.

**1** (SELLER/GRANTOR)
Name CDC Properties I LLC
Attn: Eric D. Orse, Manager
Mailing Address 1932 First Avenue, Ste. 1088
City/State/Zip Seattle  WA  98101
Phone No. (including area code) (206) 321-0724

**2** (BUYER/GRANTEE)
Name Seahawk Portfolio LLC, 30% TIC **
c/o June Diamant, Esq.
Mailing Address 229 Linwood Avenue - Side Entrance
City/State/Zip Cedarhurst  NY  11516
Phone No. (including area code) (516) 569-0284

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee
Name _____
Mailing Address _____
City/State/Zip _____
Phone No. (including area code) _____

List all real and personal property tax parcel account numbers – check box if personal property

80400000100 ☐
_____ ☐
_____ ☐
_____ ☐

List assessed value(s)
$7,042,150.00
_____

**4** Street address of property: 5000 S CAPITAL BLVD, TUMWATER, WASHINGTON, 98501

This property is located in  Thurston County

☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lots 1 through 6 inclusive and lots 9 through 16 inclusive, all in Trosper Addition to Tumwater, as per Plat Recorded in Volume 11 of Plats, Page 107, Records of Thurston County, Washington; Except the South 18 feet of said Lot 6, and also Except those portions of Lots 1 and 16 of said Plat conveyed to the City of Tumwater for street purposes by deeds recorded under Recording Nos. 912527 and 926019; Together with those portions of vacated Market Street abutting and adjoining said lots vacated by Ordinance 515, recorded under Recording No. 775791, which upon vacation reverted to said premises by operation of law.

**5** Select Land Use Code(s):
63 - Business services
enter any additional codes:
(See back of last page for instructions)

** continued from buyer: Mariners Portfolio LLC, 10% TIC; WA Portfolio LLC 30% TIC; and Olympia Office LLC, 30% TIC

                                                                    YES   NO
Was the seller receiving a property tax exemption or deferral under chapters 84.36, 84.37, or 84.38 RCW (nonprofit organization, senior citizen, or disabled person, homeowner with limited income)?   ☐   ☑

**6**                                                                YES   NO
Is this property designated as forest land per chapter 84.33 RCW?   ☐   ☑
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34 RCW?   ☐   ☑
Is this property receiving special valuation as historical property per chapter 84.26 RCW?   ☐   ☑

If any answers are yes, complete as instructed below.

**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below.** The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

_____    _____
DEPUTY ASSESSOR                           DATE

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, **sign (3) below.** If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

**(3) OWNER(S) SIGNATURE**

_____
PRINT NAME

**7** List all personal property (tangible and intangible) included in selling price. N/A

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) 458-61A-207

Reason for exemption
RCW 458-61A-207, Bankruptcy; pursuant to Ex. A, para. 6 of the Order Confirming Chapter 11 Plan, 11/22/2011, US BK Ct., WD WA, No. 11-41010

Type of Document  Quit Claim Deed

Date of Document  September 23, 2016

| | |
|---|---|
| Gross Selling Price $ | 0.00 |
| *Personal Property (deduct) $ | 0.00 |
| Exemption Claimed (deduct) $ | 0.00 |
| Taxable Selling Price $ | 0.00 |
| Excise Tax : State $ | 0.00 |
| 0.0050 Local $ | 0.00 |
| *Delinquent Interest: State $ | |
| Local $ | |
| *Delinquent Penalty $ | |
| Subtotal $ | 0.00 |
| *State Technology Fee $ | 5.00 |
| *Affidavit Processing Fee $ | 5.00 |
| Total Due $ | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8**     I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature of
Grantor or Grantor's Agent _____
Name (print) Eric D. Orse, Manager
Date & city of signing: September 23, 2016, Seattle

Signature of
Grantee or Grantee's Agent _Linda Greenfield_
Name (print) Linda Greenfield
Date & city of signing: September 26, 2016, New York

**Perjury:** Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.021 (1)(C)).

REV 84 0001a (01/05/16)          THIS SPACE - TREASURER'S USE ONLY          COUNTY TREASURER

# Exhibit 2

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   **11/13/17**
Record Date:    **10/31/17**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## DISTRIBUTION DATE STATEMENT

## Table of Contents

| STATEMENT SECTIONS | PAGE(s) |
|---|---|
| Certificate Distribution Detail | 2 |
| Certificate Factor Detail | 3 |
| Reconciliation Detail | 4 |
| Other Required Information | 5 |
| Cash Reconciliation | 6 |
| Ratings Detail | 7 |
| Current Mortgage Loan and Property Stratification Tables | 8 - 16 |
| Mortgage Loan Detail | 17 |
| Principal Prepayment Detail | 18 |
| Historical Detail | 19 |
| Delinquency Loan Detail | 20 |
| Specially Serviced Loan Detail | 21 - 22 |
| Modified Loan Detail | 23 - 25 |
| Historical Liquidated Loan Detail | 26 |
| Historical Bond/Collateral Loss Reconciliation Detail | 27 - 29 |
| Interest Shortfall Reconciliation Detail | 30 - 31 |

### Depositor

Merrill Lynch Mortgage Investors Inc.
One Bryant Park
New York, NY 10036

Contact:         Quentin M. Fogan
Phone Number:

### Master Servicer

Midland Loan Services
A Division of PNC Bank, N.A.
10851 Mastin Street, Building 82
Overland Park, KS 66210

Contact:         Heather Wagner
Phone Number:    (913) 253-9570

### Special Servicer

Midland Loan Services
A Division of PNC Bank, N.A.
10851 Mastin Street, Building 82
Overland park, KS 66210

Contact:         Marta Howell
Phone Number:    (913) 253-9621

This report is compiled by Wells Fargo Bank, N.A. from information provided by third parties. Wells Fargo Bank, N.A. has not independently confirmed the accuracy of the information.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 53 of 121

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 11/13/17
Record Date: 10/31/17

Page 2 of 31

## Certificate Distribution Detail

| Class | CUSIP | Pass-Through Rate | Original Balance | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Total Distribution | Ending Balance | Current Subordination Level (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 4.218000% | 67,693,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-2 | 59022HHF2 | 4.556000% | 346,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-3 | 59022HHG0 | 4.674000% | 47,661,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-SB | 59022HHH8 | 4.674000% | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-4 | 59022HHJ4 | 4.747000% | 526,039,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-1-A | 59022HHK1 | 4.735000% | 128,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-M | 59022HHL9 | 4.805000% | 173,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-J | 59022HHM7 | 4.845000% | 115,142,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| B | 59022HHN5 | 4.934000% | 36,932,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| C | 59022HHP0 | 4.953000% | 15,208,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| D | 59022HHQ8 | 5.023000% | 32,587,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| E | 59022HHS4 | 5.131000% | 19,553,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| F | 59022HHT2 | 5.633507% | 28,242,000.00 | 7,851,063.99 | 1,157,752.89 | 36,857.52 | 0.00 | 0.00 | 1,194,610.41 | 6,693,311.10 | 79.24% |
| G | 59022HHU9 | 5.646507% | 17,380,000.00 | 17,380,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,380,000.00 | 25.34% |
| H | 59022HHV7 | 5.646507% | 21,725,000.00 | 7,141,745.46 | 0.00 | 38,202.44 | 0.00 | (1,028,836.83) | 38,202.44 | 8,170,582.29 | 0.00% |
| J | 59022HHW5 | 4.549000% | 6,518,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| K | 59022HHX3 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| L | 59022HHY1 | 4.549000% | 6,517,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| M | 59022HHZ8 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| N | 59022HJA1 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| P | 59022HJB9 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Q | 59022HJC7 | 4.549000% | 21,725,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-I | 59022HJE3 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-II | 59022HJF0 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Z | NA | 0.000000% | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00% |
| **Totals** | | | 1,737,992,951.01 | 32,372,809.46 | 1,157,752.89 | 75,059.96 | 0.00 | (1,028,836.83) | 1,232,812.85 | 32,243,893.40 | |

| Class | CUSIP | Pass-Through Rate | Original Notional Amount | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Total Distribution | Ending Notional Amount |
|---|---|---|---|---|---|---|---|---|
| XP | 59022HHR6 | 0.000000% | 1,694,554,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 59022HJD5 | 0.003153% | 1,737,992,951.00 | 32,372,809.45 | 85.05 | 0.00 | 85.05 | 32,243,893.39 |

(1) Calculated by taking (A) the ending certificate balance of all classes less (B) the sum of (i) the ending certificate balance of the designated class and (ii) the ending certificate balance of all classes which are not subordinate to the designated class and dividing the result by (A).

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   11/13/17
Record Date:    10/31/17

## Certificate Factor Detail

| Class | CUSIP | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-2 | 59022HHF2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-3 | 59022HHG0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-SB | 59022HHH8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-4 | 59022HHJ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-1-A | 59022HHK1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-M | 59022HHL9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-J | 59022HHM7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B | 59022HHN5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| C | 59022HHP0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| D | 59022HHQ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| E | 59022HHS4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| F | 59022HHT2 | 277.99249310 | 40.99401211 | 1.30506055 | 0.00000000 | 0.00000000 | 236.99848099 |
| G | 59022HHU9 | 1,000.00000000 | 0.00000000 | 2.19806904 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| H | 59022HHV7 | 328.73396824 | 0.00000000 | 0.00000000 | 0.00000000 | -47.35727641 | 376.09124465 |
| J | 59022HHW5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| K | 59022HHX3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| L | 59022HHY1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| M | 59022HHZ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| N | 59022HJA1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| P | 59022HJB9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Q | 59022HJC7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-I | 59022HJE3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-II | 59022HJF0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Z | NA | 1,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1,000.00000000 |

| Class | CUSIP | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Ending Notional Amount |
|---|---|---|---|---|---|
| XP | 59022HHR6 | 18.62654819 | 0.00000000 | 0.00000000 | 0.00000000 |
| XC | 59022HJD5 | 18.62654819 | 0.00004894 | 0.00000000 | 18.55237294 |

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Reconciliation Detail

### Advance Summary

| | |
|---|---:|
| P & I Advances Outstanding | 2,919,357.11 |
| Servicing Advances Outstanding | 325,169.19 |
| Reimbursement for Interest on Advances paid from general collections | 41,603.35 |

### Master Servicing Fee Summary

| | |
|---|---:|
| Current Period Accrued Master Servicing Fees | 864.64 |
| Less Delinquent Master Servicing Fees | 751.28 |
| Less Reductions to Master Servicing Fees | 0.00 |
| Plus Master Servicing Fees for Delinquent Payments Received | 1,550.93 |
| Plus Adjustments for Prior Master Servicing Calculation | 0.00 |
| Total Master Servicing Fees Collected | 1,664.29 |

### Certificate Interest Reconciliation

| Class | Accrued Certificate Interest | Net Aggregate Prepayment Interest Shortfall | Distributable Certificate Interest | Distributable Certificate Interest Adjustment | Interest Shortfall/(Excess) | Interest Distribution | Remaining Unpaid Distributable Certificate Interest |
|---|---:|---:|---:|---:|---:|---:|---:|
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-SB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-1-A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 85.05 | 0.00 | 85.05 | 0.00 | 0.00 | 85.05 | 0.00 |
| B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F | 36,857.52 | 0.00 | 36,857.52 | 0.00 | 0.00 | 36,857.52 | 0.00 |
| G | 81,780.24 | 0.00 | 81,780.24 | 0.00 | 43,577.80 | 38,202.44 | 43,577.80 |
| H | 33,604.93 | 0.00 | 33,604.93 | 0.00 | 33,604.93 | 0.00 | 1,588,124.19 |
| J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387,909.76 |
| K | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299,775.00 |
| L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,165.59 |
| N | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 402,443.68 |
| P | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Q | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209,357.80 |
| Total | 152,327.74 | 0.00 | 152,327.74 | 0.00 | 77,182.73 | 75,145.01 | 4,031,353.82 |

Copyright 2017, Wells Fargo Bank, N.A.

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Other Required Information

| | | |
|---|---|---|
| Available Distribution Amount (1) | | 1,232,897.90 |
| | | |
| Principal Distribution Amount | | 128,916.06 |
| (a) Principal portion of Monthly Payments and any Assumed Monthly Payments | 128,916.06 | |
| (b) Principal Prepayments | 0.00 | |
| (c) Collection of Principal on a Balloon Loan after its stated Maturity Date | 0.00 | |
| (d) Liquidation Proceeds and Insurance Proceeds received on a Mortgage Loan | 0.00 | |
| (e) Liquidation Proceeds, Insurance Proceeds, or REO Revenues received on an REO | 0.00 | |
| Plus the excess of the prior Principal Distribution Amount over the principal paid to the Sequential Pay Certificates | 0.00 | |
| | | |
| Aggregate Number of Outstanding Loans | | 3 |
| Aggregate Unpaid Principal Balance of Loans | | 33,633,819.63 |
| Aggregate Stated Principal Balance of Loans | | 32,243,893.39 |
| | | |
| Aggregate Amount of Master Servicing Fee | | 1,664.29 |
| Aggregate Amount of Special Servicing Fee | | 6,260.68 |
| Aggregate Amount of Trustee Fee | | 36.24 |
| Aggregate Trust Fund Expenses | | (987,233.48) |
| | | |
| Interest Reserve Deposit | | 0.00 |
| Interest Reserve Withdrawal | | 0.00 |
| | | |
| Specially Serviced Loans not Delinquent (2) Number of Outstanding Loans | | 0 |
| Aggregate Unpaid Principal Balance | | 0.00 |

(1) The Available Distribution Amount includes any Prepayment Premiums.
(2) Indicates loans in special servicing with a loan status of '0', Current.

**Original Subordination Level**

| Class | % | Class | % |
|---|---|---|---|
| Class A-1 | 30.000% | Class D | 8.500% |
| Class A-2 | 30.000% | Class E | 7.375% |
| Class A-3 | 30.000% | Class F | 5.750% |
| Class A-SB | 30.000% | Class G | 4.750% |
| Class A-4 | 30.000% | Class H | 3.500% |
| Class A-1A | 30.000% | Class J | 3.125% |
| Class AM | 20.000% | Class K | 2.625% |
| Class AJ | 13.375% | Class L | 2.250% |
| Class B | 11.250% | Class M | 2.000% |
| Class C | 10.375% | Class N | 1.750% |
| | | Class P | 1.250% |
| | | Class Q | 0.000% |

**Appraisal Reduction Amount**

| Loan Number | Appraisal Reduction Amount | Cumulative ASER Amount | Date Appraisal Reduction Effected |
|---|---|---|---|
| 30243254 | 6,281,830.29 | 287,512.39 | 2/7/17 |
| Total | 6,281,830.29 | 287,512.39 | |


Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL     Doc 5-3     Filed 12/12/17     Ent. 12/12/17 13:51:59     Pg. 57 of 121



**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   **11/13/17**
Record Date:    **10/31/17**

## Cash Reconciliation Detail

**Total Funds Collected**

**Interest:**

| | |
|---|---:|
| Scheduled Interest | 153,228.62 |
| Interest reductions due to Nonrecoverability Determinations | 0.00 |
| Interest Adjustments | 0.00 |
| Deferred Interest | 0.00 |
| ARD Interest | 0.00 |
| Net Prepayment Interest Shortfall | 0.00 |
| Net Prepayment Interest Excess | 0.00 |
| Extension Interest | 0.00 |
| Interest Reserve Withdrawal | 0.00 |
| **Total Interest Collected** | **153,228.62** |

**Principal:**

| | |
|---|---:|
| Scheduled Principal | 128,916.06 |
| Unscheduled Principal | 0.00 |
| Principal Prepayments | 0.00 |
| Collection of Principal after Maturity Date | 0.00 |
| Recoveries from Liquidation and Insurance Proceeds | 0.00 |
| Excess of Prior Principal Amounts paid | 0.00 |
| Curtailments | 0.00 |
| Negative Amortization | 0.00 |
| Principal Adjustments | 0.00 |
| **Total Principal Collected** | **128,916.06** |

**Other:**

| | |
|---|---:|
| Prepayment Penalties/Yield Maintenance | 0.00 |
| Repayment Fees | 0.00 |
| Borrower Option Extension Fees | 0.00 |
| Excess Liquidation Proceeds | 0.00 |
| Net Swap Counterparty Payments Received | 0.00 |
| **Total Other Collected:** | **0.00** |

| **Total Funds Collected** | **282,144.68** |
|---|---:|

**Total Funds Distributed**

**Fees:**

| | |
|---|---:|
| Master Servicing Fee | 864.64 |
| Trustee Fee | 36.24 |
| Certificate Administration Fee | 0.00 |
| Insurer Fee | 0.00 |
| Miscellaneous Fee | 0.00 |
| **Total Fees** | **900.88** |

**Additional Trust Fund Expenses:**

| | |
|---|---:|
| Reimbursement for Interest on Advances | 41,603.35 |
| ASER Amount | 29,318.70 |
| Special Servicing Fee | 6,260.68 |
| Rating Agency Expenses | 0.00 |
| Attorney Fees & Expenses | 0.00 |
| Bankruptcy Expense | 0.00 |
| Taxes Imposed on Trust Fund | 0.00 |
| Non-Recoverable Advances | (1,028,836.83) |
| Workout Delayed Reimbursement Amounts | 0.00 |
| Other Expenses | 0.00 |
| **Total Additional Trust Fund Expenses** | **(951,654.10)** |

| **Interest Reserve Deposit** | **0.00** |
|---|---:|

**Payments to Certificateholders & Others:**

| | |
|---|---:|
| Interest Distribution | 75,145.01 |
| Principal Distribution | 1,157,752.89 |
| Prepayment Penalties/Yield Maintenance | 0.00 |
| Borrower Option Extension Fees | 0.00 |
| Equity Payments Paid | 0.00 |
| Net Swap Counterparty Payments Paid | 0.00 |
| **Total Payments to Certificateholders & Others** | **1,232,897.90** |

| **Total Funds Distributed** | **282,144.68** |
|---|---:|

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 58 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Ratings Detail

| Class | CUSIP | Original Ratings | | | Current Ratings (1) | | |
|---|---|---|---|---|---|---|---|
| | | Fitch | Moody's | S & P | Fitch | Moody's | S & P |
| A-1 | 59022HHE5 | X | Aaa | AAA | X | N/A | N/A |
| A-2 | 59022HHF2 | X | Aaa | AAA | X | N/A | N/A |
| A-3 | 59022HHG0 | X | Aaa | AAA | X | N/A | N/A |
| A-SB | 59022HHH8 | X | Aaa | AAA | X | N/A | N/A |
| A-4 | 59022HHJ4 | X | Aaa | AAA | X | N/A | N/A |
| A-1-A | 59022HHK1 | X | Aaa | AAA | X | N/A | N/A |
| A-M | 59022HHL9 | X | Aaa | AAA | X | N/A | N/A |
| A-J | 59022HHM7 | X | Aaa | AAA | X | N/A | N/A |
| XP | 59022HHR6 | X | Aaa | AAA | X | C | N/A |
| XC | 59022HJD5 | X | Aa2 | AA | X | N/A | N/A |
| B | 59022HHN5 | X | Aa3 | AA- | X | N/A | N/A |
| C | 59022HHP0 | X | A2 | A | X | N/A | N/A |
| D | 59022HHQ8 | X | A3 | A- | X | N/A | N/A |
| E | 59022HHS4 | X | Baa1 | BBB+ | X | Caa1 | CCC- |
| F | 59022HHT2 | X | Baa2 | BBB | X | Caa3 | CCC- |
| G | 59022HHU9 | X | Baa3 | BBB- | X | C | N/A |
| H | 59022HHV7 | X | Ba1 | BB+ | X | N/A | N/A |
| J | 59022HHW5 | X | Ba2 | BB | X | N/A | N/A |
| K | 59022HHX3 | X | Ba3 | BB- | X | N/A | N/A |
| L | 59022HHY1 | X | B1 | B+ | X | N/A | N/A |
| M | 59022HHZ8 | X | B2 | B | X | N/A | N/A |
| N | 59022HJA1 | X | B3 | B- | X | N/A | N/A |
| P | 59022HJB9 | X | NR | NR | X | N/A | N/A |
| Q | 59022HJC7 | X | | | X | NR | N/A |

NR - Designates that the class was not rated by the above agency at the time of original issuance.

X - Designates that the above rating agency did not rate any classes in this transaction at the time of original issuance.

N/A - Data not available this period.

1) For any class not rated at the time of original issuance by any particular rating agency, no request has been made subsequent to issuance to obtain rating information, if any, from such rating agency. The current ratings were obtained directly from the applicable rating agency within 30 days of the payment date listed above. The ratings may have changed since they were obtained. Because the ratings may have changed, you may want to obtain current ratings directly from the rating agencies.

Fitch, Inc.
One State Street Plaza
New York, New York 10004
(212) 908-0500

Moody's Investors Service
99 Church Street
New York, New York 10007
(212) 553-0300

Standard & Poor's Rating Services
55 Water Street
New York, New York 10041
(212) 438-2430

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

Copyright 2017, Wells Fargo Bank, N.A.

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | **11/13/17** |
| Record Date: | **10/31/17** |

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 2 | 3,255,343.74 | 10.10 | 14 | 5.9110 | 2.161788 |
| 3,000,000 - 3,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

**State (3)**

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| New Jersey | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| Washington | 11 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| **Totals** | 13 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 60 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   **11/13/17**
Record Date:    **10/31/17**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Office | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |
| Totals | 13 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

See footnotes on last page of this section.

### Debt Service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2.00 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 2 | 3,255,343.74 | 10.10 | 14 | 5.9110 | 2.161788 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 61 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

# Current Mortgage Loan and Property Stratification Tables
## Aggregate Pool

### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |

### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |

### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |

### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1 year or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 1 - 2 years | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer
and the Certificate Administrator has not independently confirmed the accuracy of such information.
(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.
(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 62 of 121

**WELLS FARGO**

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | **11/13/17** |
| Record Date: | **10/31/17** |

## Current Mortgage Loan and Property Stratification Tables
### Group 1

#### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 3,000,000 - 3,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | **2** | **30,028,609.90** | **93.13** | **(35)** | **5.4587** | **1.321128** |

#### State (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| New Jersey | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| Washington | 11 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| **Totals** | **12** | **30,028,609.90** | **93.13** | **(35)** | **5.4587** | **1.321128** |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 11/13/17
Record Date: 10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

## Current Mortgage Loan and Property Stratification Tables
### Group 1

**Property Type (3)**

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Office | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |
| Totals | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

**Note Rate**

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

**Debt Service Coverage Ratio (1)**

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2.00 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

**Seasoning**

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 64 of 121


# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

## Current Mortgage Loan and Property Stratification Tables
### Group 1

### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |

### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |

### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |

### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1 year or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1 - 2 years | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split-loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a 'hope note') of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

Copyright 2017, Wells Fargo Bank, N.A.

**WELLS FARGO**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:　　11/13/17
Record Date:　　10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

# Current Mortgage Loan and Property Stratification Tables
## Group 2

### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4,999,999 or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

### State (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL　　Doc 5-3　　Filed 12/12/17　　Ent. 12/12/17 13:51:59　　Pg. 66 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:  **11/13/17**
Record Date:  **10/31/17**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

## Current Mortgage Loan and Property Stratification Tables

### Group 2

**Property Type (3)**

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

**Note Rate**

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.999 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.500 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.750 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

See footnotes on last page of this section.

**Debt service Coverage Ratio (1)**

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

**Seasoning**

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 67 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Current Mortgage Loan and Property Stratification Tables
### Group 2

**Anticipated Remaining Term (ARD and Balloon Loans)**

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

**Remaining Amortization Term (ARD and Balloon Loans)**

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

**Age of Most Recent NOI**

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1 year or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 1 - 2 years | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer
and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-off Date balance of each property as disclosed in the offering document.
The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State"
and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split loan structure.
The "State" and "Property" stratification tables do not include the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure.
Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

Copyright 2017, Wells Fargo Bank, N.A.

WELLS FARGO

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Mortgage Loan Detail

| Loan Number | ODCR | Property Type (1) | City | State | Interest Payment | Principal Payment | Gross Coupon | Anticipated Repayment Date | Maturity Date | Neg. Amort (Y/N) | Beginning Scheduled Balance | Ending Scheduled Balance | Paid Thru Date | Appraisal Reduction Date | Appraisal Reduction Amount | Res. Strat. (2) | Mod. Code (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | OF | Various | WA | 136,482.89 | 93,332.06 | 5.450% | 10/1/14 | 10/17/17 | N | 29,081,881.71 | 28,988,549.65 | 8/1/16 | 2/7/17 | 6,281,830.29 | 2 | 8 |
| 940951495 | 87 | OF | Linden | NJ | 5,253.83 | 30,330.50 | 5.700% | N/A | 5/1/20 | N | 1,070,390.75 | 1,040,060.25 | 11/1/17 | | | | |
| 940951540 | 103 | MF | Statesboro | GA | 11,491.90 | 5,253.50 | 6.010% | N/A | 5/1/18 | N | 2,220,536.99 | 2,215,283.49 | 11/1/17 | | | | |
| **Totals** | | | | | 153,228.62 | 128,916.06 | | | | | 32,372,809.45 | 32,243,893.39 | | | 6,281,830.29 | | |

| (1) Property Type Code | (2) Resolution Strategy Code | (3) Modification Code |
|---|---|---|
| MF - Multi-Family | 1 - Modification | 7 - REO | 1 - Maturity Date Extension | 6 - Capitalization on Interest |
| RT - Retail | 2 - Foreclosure | 8 - Resolved | 2 - Amortization Change | 7 - Capitalization on Taxes |
| HC - Health Care | 3 - Bankruptcy | 9 - Pending Return | 3 - Principal Write-Off | 8 - Other |
| IN - Industrial | 4 - Extension | to Master Servicer | 4 - Blank | 9 - Combination |
| MH - Mobile Home Park | 5 - Note Sale | 10 - Deed in Lieu Of | 5 - Temporary Rate Reduction | 10 - Forbearance |
| OF - Office | 6 - DPO | Foreclosure | | |
| MU - Mixed Use | | | | |
| LO - Lodging | | | | |

SS - Self Storage
98 - Other
SE - Securities
CH - Cooperative Housing
WH - Warehouse
ZZ - Missing Information
SF - Single Family

11 - Full Payoff
12 - Reps and Warranties
13 - TBD
98 - Other

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

## Principal Prepayment Detail

| Loan Number | Offering Document Cross-Reference | Principal Prepayment Amount | | Prepayment Penalties | |
| --- | --- | --- | --- | --- | --- |
| | | Payoff Amount | Curtailment Amount | Prepayment Premium | Yield Maintenance Premium |
| | | **No Principal Prepayments this Period** | | | |
| Totals | | | | | |

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

## Historical Detail

| Distribution Date | Delinquencies 30-59 Days # | Balance | 60-89 Days # | Balance | 90 Days or More # | Balance | Foreclosure # | Balance | REO # | Balance | Modifications # | Balance | Curtailments # | Amount | Prepayments # | Payoff Amount | Next Weighted Avg. Coupon | Remit | WAM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $28,988,549.65 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.496538% | 5.464229% | -32 |
| 10/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,081,881.71 | 1 | $29,081,881.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.496678% | 5.464361% | -31 |
| 9/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,179,174.58 | 1 | $29,179,174.58 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556919% | 5.524856% | -29 |
| 8/14/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,271,616.21 | 1 | $29,271,616.21 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556845% | 5.524776% | -28 |
| 7/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,363,626.03 | 1 | $29,363,626.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556772% | 5.524697% | -27 |
| 6/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,459,645.09 | 2 | $29,459,645.09 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $1,751,904.04 | 5.556693% | 5.524612% | -26 |
| 5/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,550,776.60 | 2 | $29,619,676.94 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.555428% | 5.523402% | -25 |
| 4/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,645,949.53 | 2 | $33,303,626.92 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.553357% | 5.523326% | -24 |
| 3/13/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,736,210.79 | 2 | $33,402,063.25 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.555293% | 5.523256% | -23 |
| 2/13/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,839,539.25 | 2 | $33,515,217.14 | 0 | $0.00 | 0 | $0.00 | 1 | $960.44 | 1 | $9,465,135.41 | 5.555212% | 5.523170% | -22 |
| 1/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,928,896.23 | 2 | $33,612,663.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500251% | 5.466688% | -21 |
| 12/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,017,835.81 | 2 | $33,709,654.46 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500246% | 5.466681% | -20 |

Note: Foreclosure and REO Totals are included in the delinquencies aging categories.

Copyright 2017, Wells Fargo Bank, N.A.


**WELLS FARGO**

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   **11/13/17**
Record Date:   **10/31/17**

## Delinquency Loan Detail

| Loan Number | Offering Document Cross-Reference | # of Months Delinq. | Paid Through Date | Current P & I Advances | Outstanding P & I Advances ** | Status of Mortgage Loan (1) | Resolution Strategy Code (2) | Servicing Transfer Date | Foreclosure Date | Actual Principal Balance | Outstanding Servicing Advances | Bankruptcy Date | REO Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30242354 | 8 | 14 | 8/1/16 | 199,744.97 | 2,919,357.11 | 5 | 2 | 4/15/13 | 3/11/16 | 30,378,475.89 | 325,169.19 | 11/28/16 | |
| **Totals** | **1** | | | 199,744.97 | 2,919,357.11 | | | | | 30,378,475.89 | 325,169.19 | | |

Totals By Delinquency Code:

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for Status Code = 5 (1 loan) | | | | 199,744.97 | 2,919,357.11 | | | | | 30,378,475.89 | 325,169.19 | | |

**(1) Status of Mortgage Loan**

A - Payment Not Received But Still in Grace Period Or Not Yet Due
B - Late Payment But Less Than 30 Days Delinquent
0 - Current
1 - 30-59 Days Delinquent
2 - 60-89 Days Delinquent
3 - 90-120 Days Delinquent
4 - Performing Matured Balloon
5 - Non Performing Matured Balloon
6 - 121+ Days Delinquent

** Outstanding P & I Advances include the current period advance.

**(2) Resolution Strategy Code**

1 - Modification
2 - Foreclosure
3 - Bankruptcy
4 - Extension
5 - Note Sale
6 - DPO
7 - REO
8 - Resolved
9 - Pending Return to Master Servicer
10 - Deed In Lieu Of Foreclosure
11 - Full Payoff
12 - Reps and Warranties
13 - TBD
98 - Other

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL   Doc 5-3   Filed 12/12/17   Ent. 12/12/17 13:51:59   Pg. 72 of 121

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 11/13/17
Record Date: 10/31/17

Page 21 of 31

## Specially Serviced Loan Detail - Part 1

| Loan Number | Offering Document Cross-Reference | Servicing Transfer Date | Resolution Strategy Code (1) | Scheduled Balance | Property Type (2) | State | Interest Rate | Actual Balance | Net Operating Income | DSCR Date | DSCR | Note Date | Maturity Date | Remaining Amortization Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 4/15/13 | 2 | 28,988,549.65 | OF | WA | 5.450% | 30,378,475.89 | 3,826,618.00 | 2/28/05 | 1.30 | 11/1/04 | 10/17/17 | 202 |

**(1) Resolution Strategy Code**

| | | | |
|---|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff | |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties | |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD | |
| 4 - Extension | to Master Servicer | 98 - Other | |
| 5 - Note Sale | 10 - Deed in Lieu Of | | |
| 6 - DPO | Foreclosure | | |

**(2) Property Type Code**

| | | | |
|---|---|---|---|
| MF - Multi-Family | SS - Self Storage | | |
| RT - Retail | 98 - Other | | |
| HC - Health Care | SE - Securities | | |
| IN - Industrial | CH - Cooperative Housing | | |
| MH - Mobile Home Park | WH - Warehouse | | |
| OF - Office | ZZ - Missing Information | | |
| MU - Mixed Use | SF - Single Family | | |
| LO - Lodging | | | |

**WELLS FARGO**

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:  **11/13/17**
Record Date:  **10/31/17**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Specially Serviced Loan Detail - Part 2

| Loan Number | Offering Document Cross-Reference | Resolution Strategy Code (1) | Site Inspection Date | Phase 1 Date | Appraisal Date | Appraisal Value | Other REO Property Revenue | Comments from Special Servicer |
|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 2 | | | | 31,495,000.00 | | 11/7/17 The loan transferred to Special Servicing on 4/15/13 due to payment default. The loan was previously modified in 2011 pursuant to a BK plan. JSH Properties, Inc. was appointed as custodial receiver on 5/19/16. The collateral consists of 8 Class Bo ffice buildings (292,748 sf) leased to 12 state agency tenants, located in Lacey, Tumwater, Wenatchee, and Seattle, WA. 3 properties have been sold and released since origination. The receiver is negotiating lease renewals with expiring tenants and is mar keting the vacant space for lease. Midland filed for foreclosure in March 2016. The WA BK trustee transferred the borrower's interest in the collateral properties to 4 TICs on 9/29/16. One of the TICs filed Ch. 11 BK on 10/20/16, the day before the schedu led foreclosure sale and the other three TICs filed on 11/28/16, all TIC BK cases are administered in the EDNY. The court dismissed the BK case on 10/20/17. Foreclosure is currently scheduled for 12/15/17. |

(1) Resolution Strategy Code

| | | |
|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD |
| 4 - Extension | to Master Servicer | 98 - Other |
| 5 - Note Sale | 10 - Deed in Lieu Of | |
| 6 - DPO | Foreclosure | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 74 of 121

WELLS FARGO

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    11/13/17
Record Date:     10/31/17

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251331 | 3 | 92,000,000.00 | 6/5/10 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 6/8/13 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 5/8/14 | |
| 30251331 | 3 | | 5/8/14 | |
| 30251858 | 6 | 61,132,526.86 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264030 | 006a | 1,935,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264031 | 006b | 3,420,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264032 | 006c | 4,180,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264033 | 006d | 1,615,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264034 | 006e | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264035 | 006f | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 75 of 121

WELLS FARGO

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    11/13/17
Record Date:     10/31/17

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30264036 | 006g | 4,892,500.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30243254 | 8 | | 11/22/11 | |
| 940951617 | 9 | 35,619,998.12 | 8/26/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 1/15/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 10/1/09 | |
| 940951572 | 12 | | 9/30/12 | Please refer to Servicer Reports for modification comments |
| 30251131 | 17 | | 10/25/13 | |
| 30251820 | 18 | | 7/27/09 | Please refer to Servicer Reports for modification comments |
| 30250874 | 24 | 14,937,504.70 | 5/1/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | 11,431,567.35 | 10/28/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | | 5/1/15 | |

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251817 | 32 | | 5/1/15 | |
| 30251070 | 39 | 10,781,888.37 | 1/21/11 | Please refer to Servicer Reports for modification comments |
| 30251070 | 39 | 10,549,493.86 | 6/1/11 | Please refer to Servicer Reports for modification comments |
| 940951448 | 45 | | 3/1/16 | |
| 940951448 | 45 | | 3/1/16 | |
| 30251842 | 52 | 8,530,230.43 | 1/8/11 | |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | 5,000,948.05 | 7/28/11 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | | 6/15/12 | |
| 940950889 | 91 | | 1/3/06 | Please refer to Servicer Reports for modification comments |
| **Totals** | | **269,874,157.74** | | |

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Historical Liquidated Loan Detail

| Distribution Date | ODCR | Beginning Scheduled Balance | Fees, Advances, and Expenses * | Most Recent Appraised Value or BPO | Gross Sales Proceeds or Other Proceeds | Net Proceeds Received on Liquidation | Net Proceeds Available for Distribution | Realized Loss to Trust | Date of Current Period Adj. to Trust | Current Period Adjustment to Trust | Cumulative Adjustment to Trust | Loss to Loan with Cum Adj. to Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 1,251,715.76 | 124,000,000.00 | 88,093,128.31 | 88,093,128.31 | 86,841,412.55 | 898,601.15 | | 0.00 | 0.00 | 898,601.15 |
| 3/12/10 | 006g | 4,892,500.00 | 786,038.13 | 7,025,000.00 | 5,633,497.38 | 5,633,497.38 | 4,847,459.25 | 45,040.75 | | 0.00 | 0.00 | 45,040.75 |
| 2/12/14 | 9 | 36,240,229.54 | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 2,168,470.41 | 11,500,000.00 | 13,724,359.54 | 13,724,359.54 | 11,555,889.13 | 6,493,900.76 | | 0.00 | 5,688.39 | 6,488,212.37 |
| 12/13/10 | 27 | 12,851,412.29 | 2,442,404.17 | 10,000,000.00 | 9,223,480.78 | 9,223,480.78 | 6,781,076.61 | 6,070,335.68 | | 0.00 | 60,518.10 | 6,009,817.58 |
| 4/12/10 | 28 | 13,843,007.11 | 286,143.41 | 19,500,000.00 | 14,249,213.13 | 13,991,922.62 | 13,705,779.21 | 137,227.90 | | 0.00 | 0.00 | 137,227.90 |
| 8/12/13 | 36 | 11,310,047.07 | 1,175,321.88 | 7,750,000.00 | 8,334,907.91 | 8,334,907.91 | 7,159,586.03 | 4,150,461.04 | | 0.00 | (20,367.58) | 4,170,828.62 |
| 8/13/12 | 48 | 8,356,794.35 | 0.00 | 10,900,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/13/15 | 51 | 7,370,929.24 | 0.00 | 14,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 835,785.36 | 3,618,000.00 | 4,157,822.49 | 4,157,822.49 | 3,322,037.13 | 4,793,008.79 | | 0.00 | 121,145.06 | 4,671,863.73 |
| 1/12/11 | 58 | 7,401,595.22 | 966,890.64 | 4,350,000.00 | 4,924,177.88 | 4,924,177.88 | 3,957,287.24 | 3,444,307.98 | | 0.00 | 39,311.54 | 3,404,996.44 |
| 6/12/15 | 63 | 6,498,483.45 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 64 | 6,561,585.74 | 0.00 | 97,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 712,929.18 | 1,250,000.00 | 1,124,667.08 | 1,124,667.08 | 411,737.90 | 6,211,887.78 | | 0.00 | (11,277.75) | 6,223,165.53 |
| 3/12/13 | 82 | 3,650,781.97 | 378,184.91 | 1,600,000.00 | 1,600,004.51 | 1,600,004.51 | 1,221,819.60 | 2,428,962.37 | | 0.00 | (28,146.16) | 2,457,108.53 |
| 5/12/10 | 83 | 4,216,472.53 | 469,906.18 | 2,600,000.00 | 2,087,553.28 | 2,087,553.28 | 1,617,647.10 | 2,598,825.43 | | 0.00 | 89,561.70 | 2,509,263.73 |
| 6/12/17 | 84 | 3,648,900.34 | 1,890,639.93 | 4,100,000.00 | 3,650,799.93 | 3,650,799.93 | 1,760,160.00 | 1,888,740.34 | | 0.00 | 0.00 | 1,888,740.34 |
| 4/14/14 | 88 | 3,662,733.77 | 1,117,384.30 | 1,700,000.00 | 1,699,250.00 | 1,699,250.00 | 581,865.70 | 3,080,868.07 | | 0.00 | 134,409.27 | 2,946,458.80 |
| 11/12/15 | 89 | 3,547,250.81 | 0.00 | 5,750,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 403,384.32 | 2,300,000.00 | 2,305,992.73 | 2,305,992.73 | 1,902,608.41 | 1,621,187.09 | | 0.00 | (5,344.00) | 1,626,531.09 |
| 9/12/11 | 97 | 2,853,400.83 | 508,011.67 | 2,300,000.00 | 2,304,338.83 | 2,304,338.83 | 1,796,327.16 | 1,057,073.67 | | 0.00 | (12,963.60) | 1,070,037.27 |
| 11/12/09 | 102 | 2,625,541.99 | 420,155.93 | 710,000.00 | 406,600.00 | 406,600.00 | (13,555.93) | 2,639,097.92 | | 0.00 | 8,618.63 | 2,630,479.29 |
| **Current Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Cumulative Total** | | 263,583,936.93 | 15,813,366.18 | 333,053,000.00 | 163,519,793.78 | 163,262,503.27 | 147,449,137.09 | 47,559,526.72 | | 0.00 | 381,153.60 | 47,178,373.12 |

* Fees, Advances and Expenses also include outstanding P & I advances and unpaid fees (servicing, trustee, etc.).

Copyright 2017, Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 898,601.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 898,601.15 | 0.00 | 0.00 |
| 3/12/10 | 006g | 4,892,500.00 | 45,040.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,040.75 | 0.00 | 0.00 |
| 2/25/14 | 9 | 36,240,229.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,493,900.76 | 0.00 | 0.00 |
| 1/13/14 | 18 | 18,049,789.89 | 6,521,900.76 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 28,000.00 | 6,521,900.76 | 0.00 | 0.00 |
| 2/12/14 | 18 | 18,049,789.89 | 6,527,862.76 | 6,521,900.76 | 0.00 | 0.00 | 0.00 | 5,962.00 | 6,527,862.76 | 0.00 | 0.00 |
| 8/12/14 | 18 | 18,049,789.89 | 6,488,212.37 | 6,527,862.76 | 0.00 | 0.00 | 0.00 | (39,650.39) | 6,488,212.37 | 0.00 | 0.00 |
| 12/13/10 | 27 | 12,851,412.29 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,070,335.68 | 0.00 | 0.00 |
| 1/12/11 | 27 | 12,851,412.29 | 6,070,463.18 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 127.50 | 6,070,463.18 | 0.00 | 0.00 |
| 3/14/11 | 27 | 12,851,412.29 | 6,071,058.18 | 6,070,463.18 | 0.00 | 0.00 | 0.00 | 595.00 | 6,071,058.18 | 0.00 | 0.00 |
| 7/12/11 | 27 | 12,851,412.29 | 6,071,143.18 | 6,071,058.18 | 0.00 | 0.00 | 0.00 | 85.00 | 6,071,143.18 | 0.00 | 0.00 |
| 10/12/11 | 27 | 12,851,412.29 | 6,071,188.18 | 6,071,143.18 | 0.00 | 0.00 | 0.00 | 45.00 | 6,071,188.18 | 0.00 | 0.00 |
| 12/12/11 | 27 | 12,851,412.29 | 6,071,633.68 | 6,071,188.18 | 0.00 | 0.00 | 0.00 | 445.50 | 6,071,633.68 | 0.00 | 0.00 |
| 9/12/12 | 27 | 12,851,412.29 | 6,009,817.59 | 6,071,633.68 | 0.00 | 0.00 | 0.00 | (61,816.09) | 6,009,817.59 | 0.00 | 0.00 |
| 4/12/10 | 28 | 13,843,007.11 | 137,227.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,227.90 | 0.00 | 0.00 |
| 8/12/13 | 36 | 11,310,047.07 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,150,461.04 | 0.00 | 0.00 |
| 10/15/13 | 36 | 11,310,047.07 | 4,170,767.95 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 20,306.91 | 4,170,767.95 | 0.00 | 0.00 |
| 11/12/13 | 36 | 11,310,047.07 | 4,170,828.62 | 4,170,767.95 | 0.00 | 0.00 | 0.00 | 60.67 | 4,170,828.62 | 0.00 | 0.00 |
| 8/27/12 | 48 | 8,356,794.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/27/15 | 51 | 7,370,929.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,793,008.79 | 0.00 | 0.00 |
| 11/14/11 | 54 | 8,115,045.92 | 4,795,799.79 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 2,791.00 | 4,795,799.79 | 0.00 | 0.00 |
| 12/12/11 | 54 | 8,115,045.92 | 4,802,280.79 | 4,795,799.79 | 0.00 | 0.00 | 0.00 | 6,481.00 | 4,802,280.79 | 0.00 | 0.00 |
| 3/12/12 | 54 | 8,115,045.92 | 4,671,732.73 | 4,802,280.79 | 0.00 | 0.00 | 0.00 | (130,548.06) | 4,671,732.73 | 0.00 | 0.00 |
| 7/12/12 | 54 | 8,115,045.92 | 4,671,821.73 | 4,671,732.73 | 0.00 | 0.00 | 0.00 | 89.00 | 4,671,821.73 | 0.00 | 0.00 |
| 9/12/12 | 54 | 8,115,045.92 | 4,671,863.73 | 4,671,821.73 | 0.00 | 0.00 | 0.00 | 42.00 | 4,671,863.73 | 0.00 | 0.00 |
| 1/12/11 | 58 | 7,401,595.22 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,444,307.98 | 0.00 | 0.00 |
| 2/14/11 | 58 | 7,401,595.22 | 3,390,834.53 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | (53,473.45) | 3,390,834.53 | 0.00 | 0.00 |
| 4/12/11 | 58 | 7,401,595.22 | 3,418,274.24 | 3,390,834.53 | 0.00 | 0.00 | 0.00 | 27,439.71 | 3,418,274.24 | 0.00 | 0.00 |
| 5/12/11 | 58 | 7,401,595.22 | 3,420,597.10 | 3,418,274.24 | 0.00 | 0.00 | 0.00 | 2,322.86 | 3,420,597.10 | 0.00 | 0.00 |
| 8/12/11 | 58 | 7,401,595.22 | 3,421,038.10 | 3,420,597.10 | 0.00 | 0.00 | 0.00 | 441.00 | 3,421,038.10 | 0.00 | 0.00 |
| 9/12/11 | 58 | 7,401,595.22 | 3,421,063.10 | 3,421,038.10 | 0.00 | 0.00 | 0.00 | 25.00 | 3,421,063.10 | 0.00 | 0.00 |
| 12/12/11 | 58 | 7,401,595.22 | 3,413,339.75 | 3,421,063.10 | 0.00 | 0.00 | 0.00 | (7,723.35) | 3,413,339.75 | 0.00 | 0.00 |
| 1/12/12 | 58 | 7,401,595.22 | 3,395,194.63 | 3,413,339.75 | 0.00 | 0.00 | 0.00 | (18,145.12) | 3,395,194.63 | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/12 | 58 | 7,401,595.22 | 3,403,390.14 | 3,395,194.63 | 0.00 | 0.00 | 0.00 | 8,195.51 | 3,403,390.14 | 0.00 | 0.00 |
| 6/12/12 | 58 | 7,401,595.22 | 3,404,996.44 | 3,403,390.14 | 0.00 | 0.00 | 0.00 | 1,606.30 | 3,404,996.44 | 0.00 | 0.00 |
| 6/25/15 | 63 | 6,498,483.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/25/12 | 64 | 6,561,585.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,211,887.78 | 0.00 | 0.00 |
| 12/13/10 | 66 | 6,623,625.68 | 6,216,447.63 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 4,559.85 | 6,216,447.63 | 0.00 | 0.00 |
| 1/12/11 | 66 | 6,623,625.68 | 6,216,914.13 | 6,216,447.63 | 0.00 | 0.00 | 0.00 | 466.50 | 6,216,914.13 | 0.00 | 0.00 |
| 3/14/11 | 66 | 6,623,625.68 | 6,223,010.53 | 6,216,914.13 | 0.00 | 0.00 | 0.00 | 6,096.40 | 6,223,010.53 | 0.00 | 0.00 |
| 4/12/11 | 66 | 6,623,625.68 | 6,223,103.53 | 6,223,010.53 | 0.00 | 0.00 | 0.00 | 93.00 | 6,223,103.53 | 0.00 | 0.00 |
| 5/12/11 | 66 | 6,623,625.68 | 6,223,165.53 | 6,223,103.53 | 0.00 | 0.00 | 0.00 | 62.00 | 6,223,165.53 | 0.00 | 0.00 |
| 3/12/13 | 82 | 3,650,781.97 | 2,428,962.37 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428,962.37 | 0.00 | 0.00 |
| 6/12/13 | 82 | 3,650,781.97 | 2,450,123.34 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 21,160.97 | 2,450,123.34 | 0.00 | 0.00 |
| 10/15/13 | 82 | 3,650,781.97 | 2,456,100.53 | 2,450,123.34 | 0.00 | 0.00 | 0.00 | 5,977.19 | 2,456,100.53 | 0.00 | 0.00 |
| 1/13/14 | 82 | 3,650,781.97 | 2,457,108.53 | 2,456,100.53 | 0.00 | 0.00 | 0.00 | 1,008.00 | 2,457,108.53 | 0.00 | 0.00 |
| 5/12/10 | 83 | 4,216,472.53 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,598,825.43 | 0.00 | 0.00 |
| 6/14/10 | 83 | 4,216,472.53 | 2,470,150.18 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | (128,675.25) | 2,470,150.18 | 0.00 | 0.00 |
| 7/12/10 | 83 | 4,216,472.53 | 2,483,463.47 | 2,470,150.18 | 0.00 | 0.00 | 0.00 | 13,313.29 | 2,483,463.47 | 0.00 | 0.00 |
| 10/12/10 | 83 | 4,216,472.53 | 2,473,640.90 | 2,483,463.47 | 0.00 | 0.00 | 0.00 | (9,822.57) | 2,473,640.90 | 0.00 | 0.00 |
| 10/12/11 | 83 | 4,216,472.53 | 2,510,581.38 | 2,473,640.90 | 0.00 | 0.00 | 0.00 | 36,940.48 | 2,510,581.38 | 0.00 | 0.00 |
| 12/12/12 | 83 | 4,216,472.53 | 2,509,263.73 | 2,510,581.38 | 0.00 | 0.00 | 0.00 | (1,317.65) | 2,509,263.73 | 0.00 | 0.00 |
| 6/12/17 | 84 | 3,648,900.34 | 1,888,740.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,888,740.34 | 0.00 | 0.00 |
| 4/14/14 | 88 | 3,662,733.77 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080,868.07 | 0.00 | 0.00 |
| 5/12/14 | 88 | 3,662,733.77 | 2,932,103.80 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | (148,764.27) | 2,932,103.80 | 0.00 | 0.00 |
| 6/12/14 | 88 | 3,662,733.77 | 2,932,341.30 | 2,932,103.80 | 0.00 | 0.00 | 0.00 | 237.50 | 2,932,341.30 | 0.00 | 0.00 |
| 8/12/14 | 88 | 3,662,733.77 | 2,946,458.80 | 2,932,341.30 | 0.00 | 0.00 | 0.00 | 14,117.50 | 2,946,458.80 | 0.00 | 0.00 |
| 11/25/15 | 89 | 3,547,250.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,621,187.09 | 0.00 | 0.00 |
| 8/13/12 | 91 | 3,523,795.50 | 1,626,531.09 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 5,344.00 | 1,626,531.09 | 0.00 | 0.00 |
| 9/12/11 | 97 | 2,853,400.83 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,057,073.67 | 0.00 | 0.00 |
| 12/12/11 | 97 | 2,853,400.83 | 1,083,415.96 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 26,342.29 | 1,083,415.96 | 0.00 | 0.00 |
| 1/12/12 | 97 | 2,853,400.83 | 1,086,894.96 | 1,083,415.96 | 0.00 | 0.00 | 0.00 | 3,479.00 | 1,086,894.96 | 0.00 | 0.00 |
| 9/12/12 | 97 | 2,853,400.83 | 1,073,428.33 | 1,086,894.96 | 0.00 | 0.00 | 0.00 | (13,466.63) | 1,073,428.33 | 0.00 | 0.00 |
| 3/12/13 | 97 | 2,853,400.83 | 1,072,499.56 | 1,073,428.33 | 0.00 | 0.00 | 0.00 | (928.77) | 1,072,499.56 | 0.00 | 0.00 |
| 1/13/14 | 97 | 2,853,400.83 | 1,070,037.27 | 1,072,499.56 | 0.00 | 0.00 | 0.00 | (2,462.29) | 1,070,037.27 | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 80 of 121

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/09 | 102 | 2,625,541.99 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,639,097.92 | 0.00 | 0.00 |
| 4/12/10 | 102 | 2,625,541.99 | 2,630,479.29 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | (8,618.63) | 2,630,479.29 | 0.00 | 0.00 |
| Totals | | | | | 0.00 | 0.00 | 0.00 | (381,153.59) | | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 81 of 121

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

## Interest Shortfall Reconciliation Detail - Part 1

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Special Servicing Fees | | | ASER | (PPIS) Excess | Non-Recoverable (Scheduled Interest) | Interest on Advances | Modified Interest Rate (Reduction) /Excess |
| | | | Monthly | Liquidation | Work Out | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 40,353,238.51 | 28,988,549.65 | 6,260.68 | 0.00 | 0.00 | 29,318.70 | 0.00 | 0.00 | 41,603.35 | 0.00 |
| Totals | 40,353,238.51 | 28,988,549.65 | 6,260.68 | 0.00 | 0.00 | 29,318.70 | 0.00 | 0.00 | 41,603.35 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

WELLS FARGO

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

## Interest Shortfall Reconciliation Detail - Part 2

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Reimb of Advances to the Servicer | | Other (Shortfalls)/ Refunds | Comments |
|---|---|---|---|---|---|---|
| | | | Current Month | Left to Reimburse Master Servicer | | |
| 8 | 40,353,238.51 | 28,988,549.65 | (1,028,836.83) | 0.00 | 0.00 | Current Month Reimbursement of Advances to Servicer represent NRA and have been recovered to Principal |
| Totals | 40,353,238.51 | 28,988,549.65 | (1,028,836.83) | 0.00 | 0.00 | |
| Interest Shortfall Reconciliation Detail Part 2 Total | | | (1,028,836.83) | | | |
| Interest Shortfall Reconciliation Detail Part 1 Total | | | 77,182.73 | | | |
| Total Interest Shortfall Allocated to Trust | | | (951,654.10) | | | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 83 of 121

# Exhibit 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                              Chapter 11
                                                    Case Nos.: 16-74892 (AST)
                                                               16-75515 (AST)
OLYMPIA OFFICE LLC, *et. al.*,                                 16-75516 (AST)
                                                               16-75517 (AST)
                      Debtors.                      (Jointly Administered)
--------------------------------------------------------------x

### ORDER CONCERNING DEBTORS' STANDING TO OBJECT TO NOTEHOLDER CLAIMS AND TRIAL EVIDENTIARY ISSUES

The Court enters this Order in accordance with Federal Rules of Civil Procedure 1, 16, 43, and 44, as incorporated by Rules 1001, 7016, 9014, and 9017 of the Federal Rules of Bankruptcy Procedure, as well as the Federal Rules of Evidence.  This Order addresses the standing of Debtors to object to the proofs of claim filed by a secured creditor, as well as certain evidentiary issues raised at and after trial.

Pending before the Court are the following:

MLMT 2005-MCP1 Washington Office Properties, LLC's ("MLMT" or "Noteholder"), Motion for Relief from the Automatic Stay under Bankruptcy Code Sections 362(d)(1), 362(d)(2), and 362(d)(4). [dkt item 94]

MLMT's Motion for Dismissal or Conversion of the above-captioned Bankruptcy Cases under Bankruptcy Code Section 1112(b). [dkt item 95]

Olympia Office LLC's ("Debtors"), Opposition to the Relief from Stay Motion and Motion to Dismiss. [dkt item 107]

MLMT's Reply in Support of the Relief from Stay Motion and Motion to Dismiss. [dkt item 110]

Debtors' Motion to Object to Proof of Claim #4-1, filed by MLMT. [dkt item 127]

MLMT's Memorandum of Law in Opposition to the POC #4-1 Objection. [dkt item 152]

MLMT's Motion to Strike ("Motion to Strike") and Evidentiary Objection to Debtors' Reply. [dkt item 229]

1

MLMT and Debtors' Joint Letter Regarding Admission of Evidence.  [dkt item 245]

Debtors' Request for admission of Accountant Report.  [dkt item 246]

Debtors' Request to submit David Bornheimer Deposition Transcript and Designations.  [dkt items 247, 248]

## BACKGROUND AND PROCEDURAL HISTORY[1]

*Pre-Petition History*

In or about 2004, an entity known as CDC Properties I, LLC ("CDC") entered into two loan agreements (the "Loans") with Merrill Lynch Mortgage Lending, Inc. (the "Original Lender"), and secured those Loans with liens against eleven properties located in the State of Washington (the "Original Collateral") pursuant to duly recorded deeds of trust (the "Deeds of Trust").  On or about September 30, 2005, the Original Lender assigned the Loans to Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Mortgage Pass-Through Certificates, Series 2005-MCP1 ("Wells Fargo") and U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank N.A., as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2D ("U.S. Bank" and together with Wells Fargo, "Lenders").

CDC defaulted under the Loans, and on February 10, 2011, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Western District of Washington (the "CDC Bankruptcy Court"), and assigned Case No. 11-41010 (the "CDC Bankruptcy Case"). On November 22, 2011, the CDC Bankruptcy Court confirmed CDC's Plan of Reorganization (the "CDC Plan"), under which, *inter alia*, the Loans and Deeds of Trust remained in effect pursuant

---

[1] The Court assumes familiarity with the facts and procedural history, which are referenced only as necessary to explain the Court's Order.  *See* dkt items 33 and 82.

2

This Court notes that the *Pescrillo* and *Kizelnik* courts' concerns are partially dealt with under chapter 11 of the Bankruptcy Code. Chapter 11 of the Bankruptcy Code provides protections for secured creditors who do not have recourse against the debtor, which apparently is not available under chapter 13. Section 1111(b) provides that nonrecourse secured creditors who are undersecured must be treated in chapter 11 as if they had recourse. *Bank of Am. Nat. Trust & Sav. Ass'n v. 203 N. LaSalle St. P'ship*, 526 U.S. 434, 439, n.6 119 S. Ct. 1411, 1415, 143 L. Ed. 2d 607 (1999); *In re Coltex Loop Cent. Three Partners, L.P.*, 138 F.3d 39, 46 (2d Cir. 1998). Alternatively, the creditor may elect "to have the claim bifurcated into secured and unsecured portions." *In re 680 Fifth Ave. Assoc.*, 29 F.3d 95, 96 (2d Cir. 1994) (holding absence of contractual privity between the lienholder and the debtor does not deprive the lienholder of the benefits and protections of § 1111(b)). The cases cited to by Noteholder, whose analysis is rooted in the context of a chapter 13 plan, are not wholly applicable to the chapter 11 case before the Court, and these decisions could be called into question by the Supreme Court's decision in *Johnson v. Home State Bank*, 501 U.S. 78, 80, 111 S. Ct. 2150, 2152 (1991), which mandates that a court permit a Chapter 13 debtor who is the owner of real property to cure a pre-petition default under a mortgage, even if that debtor lacks privity with the mortgagee. *See also In re Rutledge*, 208 B.R. 624, 628 (Bankr. E.D.N.Y. 1997); *In re Allston*, 206 B.R. 297 (Bankr. E.D.N.Y. 1997). Thus, because Noteholder has a secured claim against Debtors' estates, Debtors have standing to propose a chapter 11 plan of reorganization that modifies Noteholder's rights pursuant to § 1123(b)(5) of the Bankruptcy Code.

### *Specific Evidentiary Issues*

### *Bondholder Reports*

Debtors seeks to admit certain bondholder reports dated April 29, 2016, Debtors' Exhibit

15

MMMM, and August 31, 2016, Debtors' Exhibit NNNN as establishing the amount of

Noteholders' claim, either in whole or in part (together the "Bondholder Reports"); neither party

has moved for the admission of the bondholder report dated January 30, 2015, Debtors' Exhibit

LLLL and it is therefore not admitted.  The Bondholder Reports at issue state an amount

outstanding under portions of Noteholder's debt instruments at certain times.  Noteholder objects

and asserts Debtors have not established a foundation to introduce the reports under FRE 602,

and assert the Bondholder Reports are not relevant to Debtors' claims or defenses under FRE

401, as they do not provide any evidence regarding the amounts owed by Debtors to Noteholder.

Finally, Noteholder asserts Debtors do not have standing to rely on the Bondholder Reports,

which were prepared in connection with a pooling and service agreement between Noteholder

and the Servicer, because borrowers are not parties to a pooling and service agreement and lack

standing to assert non-compliance therewith.  *Anh Nguyet Tran v. Bank of New York*, No 13-cv-

580 (RPP), 2014 WL 1225575, at *4 (S.D.N.Y. Mar. 24, 2014) (collecting cases); *see also BNP

Paribas Mortg. Corp. v. Bank of Am., N.A.*, 949 F. Supp. 2d 486, 510 (S.D.N.Y. 2013).  Debtors

contend neither case stands for the proposition that a party may not use documents produced

pursuant to a pooling and service agreement as evidence, and that the Bondholder Reports are

filed and publicly available pursuant to Securities and Exchange Commission regulations.

The Court agrees that *Anh Nguyet Tran* does not preclude Debtors from relying on the

Bondholder Reports, even if they were prepared in connection with the Pooling and Service

Agreement.  Unlike the plaintiffs in *Anh Nguyet Tran*, who did not have standing to assert a

breach of the pooling and service agreement, Debtors here are not alleging a breach of such

agreement but seek to use the reports as evidence of the outstanding debt.

"Trial courts have broad discretion to determine when evidence is relevant to a given

16

Noteholder's rights as a holder of a secured claim; and it is further

**ORDERED**, that the Bondholder Reports are admitted into evidence; and it is further

**ORDERED**, that the excerpts of the April 12 Bornheimer Deposition attached to the Motion to Modify are admitted but the remainder is not admitted and Noteholder's April 12 counter-designations are admitted; and it is further

**ORDERED**, that Debtors' May 23, 2017 Bornheimer Deposition designations are admitted and Noteholder's May 23 deposition counter-designations are admitted; and it is further

**ORDERED**, that Debtors are directed to file the May 23 Deposition through the Court's CM/ECF filing system by no later than **July 7, 2017**; and it is further

**ORDERED**, that the Accountant Report is not admitted; and it is further

**ORDERED**, that Exhibit 143 is not admitted; and it is further

**ORDERED**, that Exhibits 156-162 are not admitted; and it is further

**ORDERED**, that Noteholder's and Debtors' deadline to each file a list of the admitted exhibits it intends to refer to at the closing arguments scheduled for July 12, 2017 under this Court's Amended Order Scheduling Closing Argument [dkt item 259] is hereby extended to **July 7, 2017 at 4:00 pm EDT**.



**Dated: June 30, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

22

# Exhibit 4

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact:
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | 1/12/17 |
| Record Date: | 12/30/16 |

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

# DISTRIBUTION DATE STATEMENT

## Table of Contents

| STATEMENT SECTIONS | PAGE(s) |
| --- | --- |
| Certificate Distribution Detail | 2 |
| Certificate Factor Detail | 3 |
| Reconciliation Detail | 4 |
| Other Required Information | 5 |
| Cash Reconciliation | 6 |
| Ratings Detail | 7 |
| Current Mortgage Loan and Property Stratification Tables | 8 - 16 |
| Mortgage Loan Detail | 17 |
| Principal Prepayment Detail | 18 |
| Historical Detail | 19 |
| Delinquency Loan Detail | 20 |
| Specially Serviced Loan Detail | 21 - 22 |
| Modified Loan Detail | 23 - 25 |
| Historical Liquidated Loan Detail | 26 |
| Historical Bond/Collateral Loss Reconciliation Detail | 27 - 29 |
| Interest Shortfall Reconciliation Detail | 30 - 31 |

### Depositor

Merrill Lynch Mortgage Investors Inc.
One Bryant Park
New York, NY 10036

Contact:          Quentin M. Fogan
Phone Number:

### Master Servicer

Midland Loan Services
A Division of PNC Bank, N.A.
10851 Mastin Street, Building 82
Overland Park, KS 66210

Contact:          Heather Wagner
Phone Number:     (913) 253-9570

### Special Servicer

Midland Loan Services
A Division of PNC Bank, N.A.
10851 Mastin Street, Building 82
Overland park, KS 66210

Contact:          Marta Howell
Phone Number:     (913) 253-9621

This report is compiled by Wells Fargo Bank, N.A. from information provided by third parties. Wells Fargo Bank, N.A. has not independently confirmed the accuracy of the information.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL     Doc 5-3     Filed 12/12/17     Ent. 12/12/17 13:51:59     Pg. 91 of 121

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Certificate Distribution Detail

| Class | CUSIP | Pass-Through Rate | Original Balance | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Total Distribution | Ending Balance | Current Subordination Level (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 4.218000% | 67,693,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-2 | 59022HHF2 | 4.556000% | 346,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-3 | 59022HHG0 | 4.674000% | 47,661,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-SB | 59022HHH8 | 4.674000% | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-4 | 59022HHJ4 | 4.747000% | 526,039,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-1-A | 59022HHK1 | 4.735000% | 128,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-M | 59022HHL9 | 4.805000% | 173,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-J | 59022HHM7 | 4.845000% | 115,142,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| B | 59022HHN5 | 4.934000% | 36,932,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| C | 59022HHP0 | 4.953000% | 15,208,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| D | 59022HHQ8 | 5.023000% | 32,587,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| E | 59022HHS4 | 5.131000% | 19,553,000.00 | 874,392.40 | 146,564.44 | 3,738.76 | 0.00 | 0.00 | 150,303.20 | 727,827.96 | 98.74% |
| F | 59022HHT2 | 5.453681% | 28,242,000.00 | 28,242,000.00 | 0.00 | 128,352.39 | 0.00 | 0.00 | 128,352.39 | 28,242,000.00 | 49.86% |
| G | 59022HHU9 | 5.466681% | 17,380,000.00 | 17,380,000.00 | 0.00 | 79,175.77 | 0.00 | 0.00 | 79,175.77 | 17,380,000.00 | 19.78% |
| H | 59022HHV7 | 5.466681% | 21,725,000.00 | 11,431,030.15 | 0.00 | 36,390.59 | 0.00 | 0.00 | 36,390.59 | 11,431,030.15 | 0.00% |
| J | 59022HHW5 | 4.549000% | 6,518,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| K | 59022HHX3 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| L | 59022HHY1 | 4.549000% | 6,517,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| M | 59022HHZ8 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| N | 59022HJA1 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| P | 59022HJB9 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Q | 59022HJC7 | 4.549000% | 21,725,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-I | 59022HJE3 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-II | 59022HJF0 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Z | NA | 0.000000% | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00% |
| **Totals** | | | 1,737,992,951.01 | 57,927,422.56 | 146,564.44 | 247,657.51 | 0.00 | 0.00 | 394,221.95 | 57,780,858.12 | |

| Class | CUSIP | Pass-Through Rate | Original Notional Amount | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Total Distribution | Ending Notional Amount |
|---|---|---|---|---|---|---|---|---|
| XP | 59022HHR6 | 0.000000% | 1,694,554,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 59022HJD5 | 0.011405% | 1,737,992,951.00 | 57,927,422.55 | 550.55 | 0.00 | 550.55 | 57,780,858.11 |

(1) Calculated by taking (A) the sum of the ending certificate balance of all classes less (B) the sum of (i) the ending certificate balance of the designated class and (ii) the ending certificate balance of all classes which are not subordinate to the designated class and dividing the result by (A).

Copyright 2017, Wells Fargo, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 92 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

### Certificate Factor Detail

| Class | CUSIP | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-2 | 59022HHF2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-3 | 59022HHG0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-SB | 59022HHH8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-4 | 59022HHJ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-1-A | 59022HHK1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-M | 59022HHL9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-J | 59022HHM7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B | 59022HHN5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| C | 59022HHP0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| D | 59022HHQ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| E | 59022HHS4 | 44.71909170 | 7.49575206 | 0.19121158 | 0.00000000 | 0.00000000 | 37.22333964 |
| F | 59022HHT2 | 1,000.00000000 | 0.00000000 | 4.54473444 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| G | 59022HHU9 | 1,000.00000000 | 0.00000000 | 4.55556789 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| H | 59022HHV7 | 526.16939701 | 0.00000000 | 1.67505593 | 0.00000000 | 0.00000000 | 526.16939701 |
| J | 59022HHW5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| K | 59022HHX3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| L | 59022HHY1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| M | 59022HHZ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| N | 59022HJA1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| P | 59022HJB9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Q | 59022HJC7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-I | 59022HJE3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-II | 59022HJF0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Z | NA | 1,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1,000.00000000 |

| Class | CUSIP | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Ending Notional Amount |
|---|---|---|---|---|---|
| XP | 59022HHR6 | 33.33006760 | 0.00000000 | 0.00000000 | 0.00000000 |
| XC | 59022HJD5 | 33.33006760 | 0.00031677 | 0.00000000 | 33.24573789 |

Copyright 2017, Wells Fargo Bank, N.A.

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Reconciliation Detail

### Advance Summary

| | |
|---|---|
| P & I Advances Outstanding | 2,410,200.21 |
| Servicing Advances Outstanding | 1,231,787.24 |
| Reimbursement for Interest on Advances paid from general collections | 0.00 |

### Master Servicing Fee Summary

| | |
|---|---|
| Current Period Accrued Master Servicing Fees | 1,609.45 |
| Less Delinquent Master Servicing Fees | 870.83 |
| Less Reductions to Master Servicing Fees | 0.00 |
| Plus Master Servicing Fees for Delinquent Payments Received | 0.00 |
| Plus Adjustments for Prior Master Servicing Calculation | 0.00 |
| Total Master Servicing Fees Collected | 738.62 |

### Certificate Interest Reconciliation

| Class | Accrued Certificate Interest | Net Aggregate Prepayment Interest Shortfall | Distributable Certificate Interest | Distributable Certificate Interest Adjustment | Interest Shortfall/(Excess) | Interest Distribution | Remaining Unpaid Distributable Certificate Interest |
|---|---|---|---|---|---|---|---|
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-SB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-1-A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 550.55 | 0.00 | 550.55 | 0.00 | 0.00 | 550.55 | 0.00 |
| B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| E | 3,738.76 | 0.00 | 3,738.76 | 0.00 | 0.00 | 3,738.76 | 0.00 |
| F | 128,352.39 | 0.00 | 128,352.39 | 0.00 | 0.00 | 128,352.39 | 0.00 |
| G | 79,175.77 | 0.00 | 79,175.77 | 0.00 | 0.00 | 79,175.77 | 0.00 |
| H | 52,074.83 | 0.00 | 52,074.83 | 0.00 | 15,684.24 | 36,390.59 | 1,631,097.26 |
| J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387,909.76 |
| K | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299,775.00 |
| L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,165.59 |
| N | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 402,443.68 |
| P | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209,357.80 |
| Q | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 263,892.30 | 0.00 | 263,892.30 | 0.00 | 15,684.24 | 248,208.06 | 4,030,749.09 |

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

## Other Required Information

| | | |
|---|---|---|
| Available Distribution Amount (1) | | 394,772.50 |
| | | |
| Principal Distribution Amount | | 146,564.44 |
| (a) Principal portion of Monthly Payments and any Assumed Monthly Payments | 146,564.44 | |
| (b) Principal Prepayments | 0.00 | |
| (c) Collection of Principal on a Balloon Loan after its stated Maturity Date | 0.00 | |
| (d) Liquidation Proceeds and Insurance Proceeds received on a Mortgage Loan | 0.00 | |
| (e) Liquidation Proceeds, Insurance Proceeds, or REO Revenues received on an REO | 0.00 | |
| Plus the excess of the prior Principal Distribution Amount over the principal paid to the Sequential Pay Certificates | 0.00 | |
| | | |
| Aggregate Number of Outstanding Loans | | 6 |
| Aggregate Unpaid Principal Balance of Loans | | 58,754,562.81 |
| Aggregate Stated Principal Balance of Loans | | 57,780,858.11 |
| | | |
| Aggregate Amount of Master Servicing Fee | | 738.62 |
| Aggregate Amount of Special Servicing Fee | | 7,256.93 |
| Aggregate Amount of Trustee Fee | | 64.85 |
| Aggregate Trust Fund Expenses | | 0.00 |
| | | |
| Interest Reserve Deposit | | 8,796.41 |
| Interest Reserve Withdrawal | | 0.00 |
| | | |
| Specially Serviced Loans not Delinquent (2) | | |
| Number of Outstanding Loans | | 0 |
| Aggregate Unpaid Principal Balance | | 0.00 |

### Original Subordination Level

| Class | | Class | |
|---|---|---|---|
| Class A-1 | 30.000% | Class D | 8.500% |
| Class A-2 | 30.000% | Class E | 7.375% |
| Class A-3 | 30.000% | Class F | 5.750% |
| Class A-SB | 30.000% | Class G | 4.750% |
| Class A-4 | 30.000% | Class H | 3.500% |
| Class A-1A | 30.000% | Class J | 3.125% |
| Class AM | 20.000% | Class K | 2.625% |
| Class AJ | 13.375% | Class L | 2.250% |
| Class B | 11.250% | Class M | 2.000% |
| Class C | 10.375% | Class N | 1.750% |
| Appraisal Reduction Amount | | Class P | 1.250% |
| | | Class Q | 0.000% |

| Loan Number | Appraisal Reduction Amount | Cumulative ASER Amount | Date Appraisal Reduction Effected |
|---|---|---|---|
| 30251808 | 1,775,820.26 | 369,238.95 | 9/6/16 |
| Total | 1,775,820.26 | 369,238.95 | |

(1) The Available Distribution Amount includes any Prepayment Premiums.
(2) Indicates loans in special servicing with a loan status of '0', Current.

Copyright 2017, Wells Fargo Bank, N.A.



# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Cash Reconciliation Detail

**Total Funds Collected**

**Interest:**

| | |
|---|---:|
| Scheduled Interest | 274,363.01 |
| Interest reductions due to Nonrecoverability Determinations | 0.00 |
| Interest Adjustments | 0.00 |
| Deferred Interest | 0.00 |
| ARD Interest | 0.00 |
| Net Prepayment Interest Shortfall | 0.00 |
| Net Prepayment Interest Excess | 0.00 |
| Extension Interest | 0.00 |
| Interest Reserve Withdrawal | 0.00 |
| **Total Interest Collected** | **274,363.01** |

**Principal:**

| | |
|---|---:|
| Scheduled Principal | 146,564.44 |
| Unscheduled Principal | 0.00 |
| Principal Prepayments | 0.00 |
| Collection of Principal after Maturity Date | 0.00 |
| Recoveries from Liquidation and Insurance Proceeds | 0.00 |
| Excess of Prior Principal Amounts paid | 0.00 |
| Curtailments | 0.00 |
| Negative Amortization | 0.00 |
| Principal Adjustments | 0.00 |
| **Total Principal Collected** | **146,564.44** |

**Other:**

| | |
|---|---:|
| Prepayment Penalties/Yield Maintenance | 0.00 |
| Repayment Fees | 0.00 |
| Borrower Option Extension Fees | 0.00 |
| Excess Liquidation Proceeds | 0.00 |
| Net Swap Counterparty Payments Received | 0.00 |
| **Total Other Collected:** | **0.00** |

| **Total Funds Collected** | **420,927.45** |
|---|---:|

**Total Funds Distributed**

**Fees:**

| | |
|---|---:|
| Master Servicing Fee | 1,609.45 |
| Trustee Fee | 64.85 |
| Certificate Administration Fee | 0.00 |
| Insurer Fee | 0.00 |
| Miscellaneous Fee | 0.00 |
| **Total Fees** | **1,674.30** |

**Additional Trust Fund Expenses:**

| | |
|---|---:|
| Reimbursement for Interest on Advances | 0.00 |
| ASER Amount | 8,427.31 |
| Special Servicing Fee | 7,256.93 |
| Rating Agency Expenses | 0.00 |
| Attorney Fees & Expenses | 0.00 |
| Bankruptcy Expense | 0.00 |
| Taxes Imposed on Trust Fund | 0.00 |
| Non-Recoverable Advances | 0.00 |
| Workout Delayed Reimbursement Amounts | 0.00 |
| Other Expenses | 0.00 |
| **Total Additional Trust Fund Expenses** | **15,684.24** |

| **Interest Reserve Deposit** | **8,796.41** |
|---|---:|

**Payments to Certificateholders & Others:**

| | |
|---|---:|
| Interest Distribution | 248,208.06 |
| Principal Distribution | 146,564.44 |
| Prepayment Penalties/Yield Maintenance | 0.00 |
| Borrower Option Extension Fees | 0.00 |
| Equity Payments Paid | 0.00 |
| Net Swap Counterparty Payments Paid | 0.00 |
| **Total Payments to Certificateholders & Others** | **394,772.50** |

| **Total Funds Distributed** | **420,927.45** |
|---|---:|

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 96 of 121

WELLS FARGO

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    **1/12/17**
Record Date:     **12/30/16**

## Ratings Detail

| Class | CUSIP | Original Ratings | | | Current Ratings (1) | | |
|---|---|---|---|---|---|---|---|
| | | Fitch | Moody's | S & P | Fitch | Moody's | S & P |
| A-1 | 59022HHE5 | X | Aaa | AAA | X | N/A | N/A |
| A-2 | 59022HHF2 | X | Aaa | AAA | X | N/A | N/A |
| A-3 | 59022HHG0 | X | Aaa | AAA | X | N/A | N/A |
| A-SB | 59022HHH8 | X | Aaa | AAA | X | N/A | N/A |
| A-4 | 59022HHJ4 | X | Aaa | AAA | X | N/A | N/A |
| A-1-A | 59022HHK1 | X | Aaa | AAA | X | N/A | N/A |
| A-M | 59022HHL9 | X | Aaa | AAA | X | N/A | N/A |
| A-J | 59022HHM7 | X | Aaa | AAA | X | N/A | N/A |
| XP | 59022HHR6 | X | Aaa | AAA | X | Caa3 | N/A |
| XC | 59022HJD5 | X | Aa2 | AA | X | N/A | N/A |
| B | 59022HHN5 | X | Aa3 | AA- | X | N/A | N/A |
| C | 59022HHP0 | X | A2 | A | X | N/A | N/A |
| D | 59022HHQ8 | X | A3 | A- | X | Ba1 | B |
| E | 59022HHS4 | X | Baa1 | BBB+ | X | Caa1 | CCC- |
| F | 59022HHT2 | X | Baa2 | BBB | X | Caa3 | CCC- |
| G | 59022HHU9 | X | Baa3 | BBB- | X | C | N/A |
| H | 59022HHV7 | X | Ba1 | BB+ | X | N/A | N/A |
| J | 59022HHW5 | X | Ba2 | BB | X | N/A | N/A |
| K | 59022HHX3 | X | Ba3 | BB- | X | N/A | N/A |
| L | 59022HHY1 | X | B1 | B+ | X | N/A | N/A |
| M | 59022HHZ8 | X | B2 | B | X | N/A | N/A |
| N | 59022HJA1 | X | B3 | B- | X | N/A | N/A |
| P | 59022HJB9 | X | B3 | B- | X | N/A | N/A |
| Q | 59022HJC7 | X | NR | NR | X | NR | N/A |

NR - Designates that the class was not rated by the above agency at the time of original issuance.
X - Designates that the above rating agency did not rate any classes in this transaction at the time of original issuance.
N/A - Data not available this period.

1) For any class not rated at the time of original issuance by any particular rating agency, no request has been made subsequent to issuance to obtain rating information, if any, from such rating agency. The current ratings were obtained directly from the applicable rating agency within 30 days of the payment date listed above. The ratings may have changed since they were obtained. Because the ratings may have changed, you may want to obtain current ratings directly from the rating agencies.

Fitch, Inc.
One State Street Plaza
New York, New York 10004
(212) 908-0500

Moody's Investors Service
99 Church Street
New York, New York 10007
(212) 553-0300

Standard & Poor's Rating Services
55 Water Street
New York, New York 10041
(212) 438-2430

Copyright 2017, Wells Fargo Bank, N.A.

**WELLS FARGO**

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:     1/12/17
Record Date:     12/30/16

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 2 | 3,606,770.40 | 6.24 | (25) | 5.8950 | 2.086133 |
| 3,000,000 - 3,999,999 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 10,000,000 - 12,999,999 | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

### State (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| California | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| Georgia | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Hawaii | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| Indiana | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| New Jersey | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| Washington | 11 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| **Totals** | 16 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL     Doc 5-3     Filed 12/12/17     Ent. 12/12/17 13:51:59     Pg. 98 of 121

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

**Debt Service Coverage Ratio (1)**

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | (0) | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2.00 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| **Totals** | **6** | **57,780,858.11** | **100.00** | **(21)** | **5.5003** | **1.088306** |

**Property Type (3)**

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Office | 12 | 31,266,840.55 | 54.11 | (24) | 5.4607 | 1.326103 |
| Retail | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| **Totals** | **16** | **57,780,858.11** | **100.00** | **(21)** | **5.5003** | **1.088306** |

**Seasoning**

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 2 | 3,606,770.40 | 6.24 | 25 | 5.8950 | 2.086133 |
| 13 - 24 months | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 25 - 36 months | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | **6** | **57,780,858.11** | **100.00** | **(21)** | **5.5003** | **1.088306** |

**Note Rate**

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 5.250 - 5.499 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 2 | 12,434,232.91 | 21.52 | (14) | 5.7294 | 1.106842 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | **6** | **57,780,858.11** | **100.00** | **(21)** | **5.5003** | **1.088306** |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |

#### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1 year or less | 4 | 26,514,017.56 | 45.89 | (18) | 5.5469 | 0.807882 |
| 1 - 2 years | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer
and the Certificate Administrator has not independently confirmed the accuracy of such information.
(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.
(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

Copyright 2017, Wells Fargo Bank, N.A.

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Current Mortgage Loan and Property Stratification Tables
### Group 1

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 1 | 1,337,944.32 | 2.32 | (40) | 5.7000 | 1.910000 |
| 3,000,000 - 3,999,999 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 10,000,000 - 12,999,999 | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

**State (3)**

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| California | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| Hawaii | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| Indiana | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| New Jersey | 1 | 1,337,944.32 | 2.32 | (40) | 5.7000 | 1.910000 |
| Washington | 11 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| **Totals** | 15 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **1/12/17**
Record Date: **12/30/16**

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Current Mortgage Loan and Property Stratification Tables
### Group 1

### Debt Service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2.00 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Office | 12 | 31,266,840.55 | 54.11 | (24) | 5.4607 | 1.326103 |
| Retail | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| Totals | 15 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 13 - 24 months | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 25 - 36 months | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 5.250 - 5.499 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 2 | 12,434,232.91 | 21.52 | (14) | 5.7294 | 1.106842 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

See footnotes on last page of this section.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 102 of 121


# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **1/12/17**
**Record Date:** **12/30/16**

## Current Mortgage Loan and Property Stratification Tables
### Group 1

### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|
| 84 months or less | 4 | 54,174,087.71 | 93.76 | 5.4740 | 1.021873 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0.0000 | 0.000000 |
| Totals | 4 | 54,174,087.71 | 93.76 | 5.4740 | 1.021873 |

### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|
| 299 months or less | 4 | 54,174,087.71 | 93.76 | 5.4740 | 1.021873 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0.0000 | 0.000000 |
| Totals | 4 | 54,174,087.71 | 93.76 | 5.4740 | 1.021873 |

### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |

### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1 year or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1 - 2 years | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used. To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split-loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a 'hope note') of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

Copyright 2017, Wells Fargo Bank, N.A.

WELLS FARGO

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **1/12/17**
Record Date: **12/30/16**

## Current Mortgage Loan and Property Stratification Tables
### Group 2

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4,999,999 or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

**State (3)**

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:  **1/12/17**
Record Date:   **12/30/16**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

## Current Mortgage Loan and Property Stratification Tables
### Group 2

**Property Type  (3)**

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

**Note Rate**

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.999 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.500 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.750 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

See footnotes on last page of this section.

**Debt service Coverage Ratio (1)**

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

**Seasoning**

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 105 of 121

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | 1/12/17 |
| Record Date: | 12/30/16 |

## Current Mortgage Loan and Property Stratification Tables
### Group 2

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1 year or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 1 - 2 years | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used. To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-off Date balance of each property as disclosed in the offering document. The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split-loan structure. The "State" and "Property" stratification tables do not include the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Mortgage Loan Detail

| Loan Number | ODCR | Property Type (1) | City | State | Interest Payment | Principal Payment | Gross Coupon | Anticipated Repayment Date | Maturity Date | Neg. Amort (Y/N) | Beginning Scheduled Balance | Ending Scheduled Balance | Paid Thru Date | Appraisal Reduction Date | Appraisal Reduction Amount | Res. Strat. (2) | Mod. Code (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | OF | Various | WA | 140,875.37 | 88,939.58 | 5.450% | 10/1/14 | 10/17/17 | N | 30,017,835.81 | 29,928,896.23 | 6/1/16 | 9/6/16 | | 3 | 8 |
| 30251817 | 32 | RT | Lahaina | HI | 54,779.60 | 0.00 | 5.733% | 5/1/15 | 5/1/17 | N | 11,096,288.59 | 11,096,288.59 | 1/1/17 | | | | 1 |
| 940951448 | 45 | HC | Oceanside | CA | 42,616.45 | 15,720.34 | 5.220% | 3/1/15 | 3/1/17 | N | 9,480,855.75 | 9,465,135.41 | 1/1/17 | | | | 1 |
| 30251808 | 84 | RT | Indianapolis | IN | 17,615.21 | 8,051.17 | 5.541% | N/A | 3/1/15 | N | 3,691,818.65 | 3,683,767.48 | 3/1/13 | 9/6/16 | 1,775,820.26 | 7 | |
| 940951495 | 87 | OF | Linden | NJ | 6,708.81 | 28,875.52 | 5.700% | N/A | 5/1/20 | N | 1,366,819.84 | 1,337,944.32 | 1/1/17 | | | | |
| 940951540 | 103 | MF | Statesboro | GA | 11,767.57 | 4,977.83 | 6.010% | N/A | 5/1/18 | N | 2,273,803.91 | 2,268,826.08 | 1/1/17 | | | | |
| **Totals** | | | | | 274,363.01 | 146,564.44 | | | | | 57,927,422.55 | 57,780,858.11 | | | 1,775,820.26 | | |

(1) Property Type Code
MF - Multi-Family
RT - Retail
HC - Health Care
IN - Industrial
MH - Mobile Home Park
OF - Office
MU - Mixed Use
LO - Lodging
SS - Self Storage
98 - Other
SE - Securities
CH - Cooperative Housing
WH - Warehouse
ZZ - Missing Information
SF - Single Family

(2) Resolution Strategy Code
1 - Modification
2 - Foreclosure
3 - Bankruptcy
4 - Extension
5 - Note Sale
6 - DPO
7 - REO
8 - Resolved
9 - Pending Return to Master Servicer
10 - Deed in Lieu Of Foreclosure
11 - Full Payoff
12 - Reps and Warranties
13 - TBD
98 - Other

(3) Modification Code
1 - Maturity Date Extension
2 - Amortization Change
3 - Principal Write-off
4 - Blank
5 - Temporary Rate Reduction
6 - Capitalization on Interest
7 - Capitalization on Taxes
8 - Other
9 - Combination
10 - Forbearance

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 107 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **1/12/17**
Record Date: **12/30/16**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Principal Prepayment Detail

| Loan Number | Offering Document Cross-Reference | Principal Prepayment Amount | | Prepayment Penalties | |
|---|---|---|---|---|---|
| | | Payoff Amount | Curtailment Amount | Prepayment Premium | Yield Maintenance Premium |
| | | **No Principal Prepayments this Period** | | | |
| Totals | | | | | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 108 of 121

**WELLS FARGO**

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:  1/12/17
Record Date:  12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Historical Detail

| Distribution Date | Delinquencies 30-59 Days # | Balance | 60-89 Days # | Balance | 90 Days or More # | Balance | Foreclosure # | Balance | REO # | Balance | Modifications # | Balance | Prepayments Curtailments # | Amount | Payoff # | Amount | Rate and Maturities Next Weighted Avg. Coupon | Remit | WAM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,928,896.23 | 2 | $33,612,663.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500251% | 5.466688% | -21 |
| 12/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,017,835.81 | 2 | $33,709,654.46 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500246% | 5.466681% | -20 |
| 11/14/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,110,897.10 | 2 | $33,811,295.54 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500236% | 5.466668% | -19 |
| 10/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,198,986.53 | 2 | $33,907,357.17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500232% | 5.466661% | -18 |
| 9/12/16 | 0 | $0.00 | 1 | $30,291,228.82 | 0 | $0.00 | 2 | $34,008,103.17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500222% | 5.466648% | -17 |
| 8/12/16 | 1 | $30,378,475.89 | 0 | $0.00 | 0 | $0.00 | 2 | $34,103,244.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500218% | 5.466641% | -16 |
| 7/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | $34,197,940.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500213% | 5.466634% | -15 |
| 6/13/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | $34,297,370.61 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500203% | 5.466622% | -14 |
| 5/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,748,796.32 | 0 | $0.00 | 1 | $9,593,008.23 | 0 | $0.00 | 0 | $0.00 | 5.500199% | 5.466615% | -13 |
| 4/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,757,114.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500189% | 5.466602% | -12 |
| 3/14/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,764,817.10 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.499969% | 5.466372% | -11 |
| 2/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,773,639.53 | 0 | $0.00 | 1 | $0.00 | 1 | $1,147,659.23 | 0 | $0.00 | 5.498828% | 5.466223% | -10 |

Note: Foreclosure and REO Totals are included in the delinquencies aging categories.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 109 of 121



For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **1/12/17**
Record Date: **12/30/16**

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Delinquency Loan Detail

| Loan Number | Offering Document Cross-Reference | # of Months Delinq. | Paid Through Date | Current P & I Advances | Outstanding P & I Advances ** | Status of Mortgage Loan (1) | Resolution Strategy Code (2) | Servicing Transfer Date | Foreclosure Date | Actual Principal Balance | Outstanding Servicing Advances | Bankruptcy Date | REO Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30242354 | 8 | 6 | 6/1/16 | 229,039.49 | 1,603,303.29 | 6 | 3 | 4/15/13 | 3/11/16 | 30,556,353.60 | 760,925.33 | | |
| 30251808 | 84 | 45 | 3/1/13 | 17,143.70 | 806,896.92 | 5 | 7 | 1/23/12 | 10/4/13 | 4,030,014.81 | 470,861.91 | | |
| **Totals** | **2** | | | **246,183.19** | **2,410,200.21** | | | | | **34,586,368.41** | **1,231,787.24** | | |

Totals By Delinquency Code:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for Status Code = 5 (1 loan) | | | | 17,143.70 | 806,896.92 | | 4,030,014.81 | 470,861.91 |
| Total for Status Code = 6 (1 loan) | | | | 229,039.49 | 1,603,303.29 | | 30,556,353.60 | 760,925.33 |

**(1) Status of Mortgage Loan**

A - Payment Not Received But Still in Grace Period Or Not Yet Due
B - Late Payment But Less Than 30 Days Delinquent
0 - Current
1 - 30-59 Days Delinquent
2 - 60-89 Days Delinquent
3 - 90-120 Days Delinquent
4 - Performing Matured Balloon
5 - Non Performing Matured Balloon
6 - 121+ Days Delinquent

** Outstanding P & I Advances include the current period advance.

**(2) Resolution Strategy Code**

1 - Modification
2 - Foreclosure
3 - Bankruptcy
4 - Extension
5 - Note Sale
6 - DPO
7 - REO
8 - Resolved
9 - Pending Return to Master Servicer
10 - Deed In Lieu Of Foreclosure
11 - Full Payoff
12 - Reps and Warranties
13 - TBD
98 - Other

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL     Doc 5-3     Filed 12/12/17     Ent. 12/12/17 13:51:59     Pg. 110 of 121

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Specially Serviced Loan Detail - Part 1

| Loan Number | Offering Document Cross-Reference | Servicing Transfer Date | Resolution Strategy Code (1) | Scheduled Balance | Property Type (2) | State | Interest Rate | Actual Balance | Net Operating Income | DSCR Date | DSCR | Note Date | Maturity Date | Remaining Amortization Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 4/15/13 | 3 | 29,928,896.23 | OF | WA | 5.450% | 30,556,353.60 | 3,826,618.00 | 2/28/05 | 1.30 | 11/1/04 | 10/17/17 | 212 |
| 30251808 | 84 | 1/23/12 | 7 | 3,683,767.48 | RT | IN | 5.541% | 4,030,014.81 | 170,722.36 | 8/31/16 | 0.55 | 4/1/05 | 3/1/15 | 220 |

**(1) Resolution Strategy Code**

| | | | |
|---|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff | |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties | |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD | |
| 4 - Extension | to Master Servicer | 98 - Other | |
| 5 - Note Sale | 10 - Deed in Lieu Of | | |
| 6 - DPO | Foreclosure | | |

**(2) Property Type Code**

| | |
|---|---|
| MF - Multi-Family | SS - Self Storage |
| RT - Retail | 98 - Other |
| HC - Health Care | SE - Securities |
| IN - Industrial | CH - Cooperative Housing |
| MH - Mobile Home Park | WH - Warehouse |
| OF - Office | ZZ - Missing Information |
| MU - Mixed Use | SF - Single Family |
| LO - Lodging | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 111 of 121

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    1/12/17
Record Date:    12/30/16

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Specially Serviced Loan Detail - Part 2

| Loan Number | Offering Document Cross-Reference | Resolution Strategy Code (1) | Site Inspection Date | Phase 1 Date | Appraisal Date | Appraisal Value | Other REO Property Revenue | Comments from Special Servicer |
|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 3 | | | | 39,175,000.00 | | Please refer to Servicer Reports for comments as they are too lengthy to include for this cycle. |
| 30251808 | 84 | 7 | | | 6/2/16 | 4,100,000.00 | | 1/6/2017:  The Loan transferred to Special Servicing on 01/23/2012 due to imminent default. The Borrower sent a notice stating that they could no longer support the debt due to Walgreens vacating its space.   A receiver was appointed on 10/04/2013.  Since appointment the receiver has secured Dollar Tree, Vacuum Center of Indiana, O'Reilly's Irish pub, and Deering Cleaners as tenants.  The existing tenants have also been renewed and any delinquent tenants have been brought current.  The Special Servicer brought the property to market for sale on 9/1/2016 with a call for offers date of 10/13/2016.  Midland is negotiating with a contract with a potential buyer.  The Loan is currently due for the 4/1/2013 payment.  The subject property is a single story 36,940sf retail center located in Indianapolis, Indiana.  The property was inspected on 02/25/2016 and was found to be in overall good condition. |

(1) Resolution Strategy Code

| | | | |
|---|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD |
| 4 - Extension |     to Master Servicer | 98 - Other |
| 5 - Note Sale | 10 - Deed in Lieu Of | |
| 6 - DPO |     Foreclosure | |

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 112 of 121

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    1/12/17
Record Date:    12/30/16

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251331 | 3 | 92,000,000.00 | 6/5/10 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 6/8/13 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 5/8/14 | |
| 30251331 | 3 | | 5/8/14 | |
| 30251858 | 6 | 61,132,526.86 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264030 | 006a | 1,935,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264031 | 006b | 3,420,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264032 | 006c | 4,180,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264033 | 006d | 1,615,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264034 | 006e | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264035 | 006f | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |

Copyright 2017, Wells Fargo Bank, N.A.

WELLS FARGO

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    1/12/17
Record Date:    12/30/16

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30264036 | 006g | 4,892,500.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30243254 | 8 | | 11/22/11 | |
| 940951617 | 9 | 35,619,998.12 | 8/26/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 1/15/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 10/1/09 | |
| 940951572 | 12 | | 9/30/12 | Please refer to Servicer Reports for modification comments |
| 30251131 | 17 | | 10/25/13 | |
| 30251820 | 18 | | 7/27/09 | Please refer to Servicer Reports for modification comments |
| 30250874 | 24 | 14,937,504.70 | 5/1/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | 11,431,567.35 | 10/28/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | | 5/1/15 | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 114 of 121

WELLS FARGO

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **1/12/17**
**Record Date:** **12/30/16**

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251817 | 32 | | 5/1/15 | |
| 30251070 | 39 | 10,781,888.37 | 1/21/11 | Please refer to Servicer Reports for modification comments |
| 30251070 | 39 | 10,549,493.86 | 6/1/11 | Please refer to Servicer Reports for modification comments |
| 940951448 | 45 | | 3/1/16 | |
| 940951448 | 45 | | 3/1/16 | |
| 30251842 | 52 | 8,530,230.43 | 1/8/11 | |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | 5,000,948.05 | 7/28/11 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | | 6/15/12 | |
| 940950889 | 91 | | 1/3/06 | Please refer to Servicer Reports for modification comments |
| **Totals** | | **269,874,157.74** | | |

Copyright 2017, Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Historical Liquidated Loan Detail

| Distribution Date | ODCR | Beginning Scheduled Balance | Fees, Advances, and Expenses * | Most Recent Appraised Value or BPO | Gross Sales Proceeds or Other Proceeds | Net Proceeds Received on Liquidation | Net Proceeds Available for Distribution | Realized Loss to Trust | Date of Current Period Adj. to Trust | Current Period Adjustment to Trust | Cumulative Adjustment to Trust | Loss to Loan with Cum Adj. to Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 1,251,715.76 | 124,000,000.00 | 88,093,128.31 | 88,093,128.31 | 86,841,412.55 | 898,601.15 | | 0.00 | 0.00 | 898,601.15 |
| 3/12/10 | 006g | 4,892,500.00 | 786,038.13 | 7,025,000.00 | 5,633,497.38 | 5,633,497.38 | 4,847,459.25 | 45,040.75 | | 0.00 | 0.00 | 45,040.75 |
| 2/12/14 | 9 | 36,240,229.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 2,168,470.41 | 11,500,000.00 | 13,724,359.54 | 13,724,359.54 | 11,555,889.13 | 6,493,900.76 | | 0.00 | 5,688.39 | 6,488,212.37 |
| 12/13/10 | 27 | 12,851,412.29 | 2,442,404.17 | 10,000,000.00 | 9,223,480.78 | 9,223,480.78 | 6,781,076.61 | 6,070,335.68 | | 0.00 | 60,518.10 | 6,009,817.58 |
| 4/12/10 | 28 | 13,843,007.11 | 286,143.41 | 19,500,000.00 | 14,249,213.13 | 13,991,922.62 | 13,705,779.21 | 137,227.90 | | 0.00 | 0.00 | 137,227.90 |
| 8/12/13 | 36 | 11,310,047.07 | 1,175,321.88 | 7,750,000.00 | 8,334,907.91 | 8,334,907.91 | 7,159,586.03 | 4,150,461.04 | | 0.00 | (20,367.58) | 4,170,828.62 |
| 8/13/12 | 48 | 8,356,794.35 | 0.00 | 10,900,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/13/15 | 51 | 7,370,929.24 | 0.00 | 14,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 835,785.36 | 3,618,000.00 | 4,157,822.49 | 4,157,822.49 | 3,322,037.13 | 4,793,008.79 | | 0.00 | 121,145.06 | 4,671,863.73 |
| 1/12/11 | 58 | 7,401,595.22 | 966,890.64 | 4,350,000.00 | 4,924,177.88 | 4,924,177.88 | 3,957,287.24 | 3,444,307.98 | | 0.00 | 39,311.54 | 3,404,996.44 |
| 6/12/15 | 63 | 6,498,483.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 64 | 6,561,585.74 | 0.00 | 97,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 712,929.18 | 1,250,000.00 | 1,124,667.08 | 1,124,667.08 | 411,737.90 | 6,211,887.78 | | 0.00 | (11,277.75) | 6,223,165.53 |
| 3/12/13 | 82 | 3,650,781.97 | 378,184.91 | 1,600,000.00 | 1,600,004.51 | 1,600,004.51 | 1,221,819.60 | 2,428,962.37 | | 0.00 | (28,146.16) | 2,457,108.53 |
| 5/12/10 | 83 | 4,216,472.53 | 469,906.18 | 2,600,000.00 | 2,087,553.28 | 2,087,553.28 | 1,617,647.10 | 2,598,825.43 | | 0.00 | 89,561.70 | 2,509,263.73 |
| 4/14/14 | 88 | 3,662,733.77 | 1,117,384.30 | 1,700,000.00 | 1,699,250.00 | 1,699,250.00 | 581,865.70 | 3,080,868.07 | | 0.00 | 134,409.27 | 2,946,458.80 |
| 11/12/15 | 89 | 3,547,250.81 | 0.00 | 5,750,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 403,384.32 | 2,300,000.00 | 2,305,992.73 | 2,305,992.73 | 1,902,608.41 | 1,621,187.09 | | 0.00 | (5,344.00) | 1,626,531.09 |
| 9/12/11 | 97 | 2,853,400.83 | 508,011.67 | 2,300,000.00 | 2,304,338.83 | 2,304,338.83 | 1,796,327.16 | 1,057,073.67 | | 0.00 | (12,963.60) | 1,070,037.27 |
| 11/12/09 | 102 | 2,625,541.99 | 420,155.93 | 710,000.00 | 406,600.00 | 406,600.00 | (13,555.93) | 2,639,097.92 | | 0.00 | 8,618.63 | 2,630,479.29 |
| **Current Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Cumulative Total** | | 259,935,036.59 | 13,922,726.25 | 328,953,000.00 | 159,868,993.85 | 159,611,703.34 | 145,688,977.09 | 45,670,786.38 | | 0.00 | 381,153.60 | 45,289,632.78 |

* Fees, Advances and Expenses also include outstanding P & I advances and unpaid fees (servicing, trustee, etc.).

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

### Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 898,601.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 898,601.15 | 0.00 | 0.00 |
| 3/12/10 | 006g | 4,892,500.00 | 45,040.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,040.75 | 0.00 | 0.00 |
| 2/25/14 | 9 | 36,240,229.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,493,900.76 | 0.00 | 0.00 |
| 1/13/14 | 18 | 18,049,789.89 | 6,521,900.76 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 28,000.00 | 6,521,900.76 | 0.00 | 0.00 |
| 2/12/14 | 18 | 18,049,789.89 | 6,527,862.76 | 6,521,900.76 | 0.00 | 0.00 | 0.00 | 5,962.00 | 6,527,862.76 | 0.00 | 0.00 |
| 8/12/14 | 18 | 18,049,789.89 | 6,488,212.37 | 6,527,862.76 | 0.00 | 0.00 | 0.00 | (39,650.39) | 6,488,212.37 | 0.00 | 0.00 |
| 12/13/10 | 27 | 12,851,412.29 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,070,335.68 | 0.00 | 0.00 |
| 1/12/11 | 27 | 12,851,412.29 | 6,070,463.18 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 127.50 | 6,070,463.18 | 0.00 | 0.00 |
| 3/14/11 | 27 | 12,851,412.29 | 6,071,058.18 | 6,070,463.18 | 0.00 | 0.00 | 0.00 | 595.00 | 6,071,058.18 | 0.00 | 0.00 |
| 7/12/11 | 27 | 12,851,412.29 | 6,071,143.18 | 6,071,058.18 | 0.00 | 0.00 | 0.00 | 85.00 | 6,071,143.18 | 0.00 | 0.00 |
| 10/12/11 | 27 | 12,851,412.29 | 6,071,188.18 | 6,071,143.18 | 0.00 | 0.00 | 0.00 | 45.00 | 6,071,188.18 | 0.00 | 0.00 |
| 12/12/11 | 27 | 12,851,412.29 | 6,071,633.68 | 6,071,188.18 | 0.00 | 0.00 | 0.00 | 445.50 | 6,071,633.68 | 0.00 | 0.00 |
| 9/12/12 | 27 | 12,851,412.29 | 6,009,817.59 | 6,071,633.68 | 0.00 | 0.00 | 0.00 | (61,816.09) | 6,009,817.59 | 0.00 | 0.00 |
| 4/12/10 | 28 | 13,843,007.11 | 137,227.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,227.90 | 0.00 | 0.00 |
| 8/12/13 | 36 | 11,310,047.07 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,150,461.04 | 0.00 | 0.00 |
| 10/15/13 | 36 | 11,310,047.07 | 4,170,767.95 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 20,306.91 | 4,170,767.95 | 0.00 | 0.00 |
| 11/12/13 | 36 | 11,310,047.07 | 4,170,828.62 | 4,170,767.95 | 0.00 | 0.00 | 0.00 | 60.67 | 4,170,828.62 | 0.00 | 0.00 |
| 8/27/12 | 48 | 8,356,794.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/27/15 | 51 | 7,370,929.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,793,008.79 | 0.00 | 0.00 |
| 11/14/11 | 54 | 8,115,045.92 | 4,795,799.79 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 2,791.00 | 4,795,799.79 | 0.00 | 0.00 |
| 12/12/11 | 54 | 8,115,045.92 | 4,802,280.79 | 4,795,799.79 | 0.00 | 0.00 | 0.00 | 6,481.00 | 4,802,280.79 | 0.00 | 0.00 |
| 3/12/12 | 54 | 8,115,045.92 | 4,671,732.73 | 4,802,280.79 | 0.00 | 0.00 | 0.00 | (130,548.06) | 4,671,732.73 | 0.00 | 0.00 |
| 7/12/12 | 54 | 8,115,045.92 | 4,671,821.73 | 4,671,732.73 | 0.00 | 0.00 | 0.00 | 89.00 | 4,671,821.73 | 0.00 | 0.00 |
| 9/12/12 | 54 | 8,115,045.92 | 4,671,863.73 | 4,671,821.73 | 0.00 | 0.00 | 0.00 | 42.00 | 4,671,863.73 | 0.00 | 0.00 |
| 1/12/11 | 58 | 7,401,595.22 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,444,307.98 | 0.00 | 0.00 |
| 2/14/11 | 58 | 7,401,595.22 | 3,390,834.53 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | (53,473.45) | 3,390,834.53 | 0.00 | 0.00 |
| 4/12/11 | 58 | 7,401,595.22 | 3,418,274.24 | 3,390,834.53 | 0.00 | 0.00 | 0.00 | 27,439.71 | 3,418,274.24 | 0.00 | 0.00 |
| 5/12/11 | 58 | 7,401,595.22 | 3,420,597.10 | 3,418,274.24 | 0.00 | 0.00 | 0.00 | 2,322.86 | 3,420,597.10 | 0.00 | 0.00 |
| 8/12/11 | 58 | 7,401,595.22 | 3,421,038.10 | 3,420,597.10 | 0.00 | 0.00 | 0.00 | 441.00 | 3,421,038.10 | 0.00 | 0.00 |
| 9/12/11 | 58 | 7,401,595.22 | 3,421,063.10 | 3,421,038.10 | 0.00 | 0.00 | 0.00 | 25.00 | 3,421,063.10 | 0.00 | 0.00 |
| 12/12/11 | 58 | 7,401,595.22 | 3,413,339.75 | 3,421,063.10 | 0.00 | 0.00 | 0.00 | (7,723.35) | 3,413,339.75 | 0.00 | 0.00 |
| 1/12/12 | 58 | 7,401,595.22 | 3,395,194.63 | 3,413,339.75 | 0.00 | 0.00 | 0.00 | (18,145.12) | 3,395,194.63 | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

WELLS FARGO

Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/12 | 58 | 7,401,595.22 | 3,403,390.14 | 3,395,194.63 | 0.00 | 0.00 | 0.00 | 8,195.51 | 3,403,390.14 | 0.00 | 0.00 |
| 6/12/12 | 58 | 7,401,595.22 | 3,404,996.44 | 3,403,390.14 | 0.00 | 0.00 | 0.00 | 1,606.30 | 3,404,996.44 | 0.00 | 0.00 |
| 6/25/15 | 63 | 6,498,483.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/25/12 | 64 | 6,561,585.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,211,887.78 | 0.00 | 0.00 |
| 12/13/10 | 66 | 6,623,625.68 | 6,216,447.63 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 4,559.85 | 6,216,447.63 | 0.00 | 0.00 |
| 1/12/11 | 66 | 6,623,625.68 | 6,216,914.13 | 6,216,447.63 | 0.00 | 0.00 | 0.00 | 466.50 | 6,216,914.13 | 0.00 | 0.00 |
| 3/14/11 | 66 | 6,623,625.68 | 6,223,010.53 | 6,216,914.13 | 0.00 | 0.00 | 0.00 | 6,096.40 | 6,223,010.53 | 0.00 | 0.00 |
| 4/12/11 | 66 | 6,623,625.68 | 6,223,103.53 | 6,223,010.53 | 0.00 | 0.00 | 0.00 | 93.00 | 6,223,103.53 | 0.00 | 0.00 |
| 5/12/11 | 66 | 6,623,625.68 | 6,223,165.53 | 6,223,103.53 | 0.00 | 0.00 | 0.00 | 62.00 | 6,223,165.53 | 0.00 | 0.00 |
| 3/12/13 | 82 | 3,650,781.97 | 2,428,962.37 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428,962.37 | 0.00 | 0.00 |
| 6/12/13 | 82 | 3,650,781.97 | 2,450,123.34 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 21,160.97 | 2,450,123.34 | 0.00 | 0.00 |
| 10/15/13 | 82 | 3,650,781.97 | 2,456,100.53 | 2,450,123.34 | 0.00 | 0.00 | 0.00 | 5,977.19 | 2,456,100.53 | 0.00 | 0.00 |
| 1/13/14 | 82 | 3,650,781.97 | 2,457,108.53 | 2,456,100.53 | 0.00 | 0.00 | 0.00 | 1,008.00 | 2,457,108.53 | 0.00 | 0.00 |
| 5/12/10 | 83 | 4,216,472.53 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,598,825.43 | 0.00 | 0.00 |
| 6/14/10 | 83 | 4,216,472.53 | 2,470,150.18 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | (128,675.25) | 2,470,150.18 | 0.00 | 0.00 |
| 7/12/10 | 83 | 4,216,472.53 | 2,483,463.47 | 2,470,150.18 | 0.00 | 0.00 | 0.00 | 13,313.29 | 2,483,463.47 | 0.00 | 0.00 |
| 10/12/10 | 83 | 4,216,472.53 | 2,473,640.90 | 2,483,463.47 | 0.00 | 0.00 | 0.00 | (9,822.57) | 2,473,640.90 | 0.00 | 0.00 |
| 10/12/11 | 83 | 4,216,472.53 | 2,510,581.38 | 2,473,640.90 | 0.00 | 0.00 | 0.00 | 36,940.48 | 2,510,581.38 | 0.00 | 0.00 |
| 12/12/12 | 83 | 4,216,472.53 | 2,509,263.73 | 2,510,581.38 | 0.00 | 0.00 | 0.00 | (1,317.65) | 2,509,263.73 | 0.00 | 0.00 |
| 4/14/14 | 88 | 3,662,733.77 | 3,080,868.07 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080,868.07 | 0.00 | 0.00 |
| 5/12/14 | 88 | 3,662,733.77 | 2,932,103.80 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | (148,764.27) | 2,932,103.80 | 0.00 | 0.00 |
| 6/12/14 | 88 | 3,662,733.77 | 2,932,341.30 | 2,932,103.80 | 0.00 | 0.00 | 0.00 | 237.50 | 2,932,341.30 | 0.00 | 0.00 |
| 8/12/14 | 88 | 3,662,733.77 | 2,946,458.80 | 2,932,341.30 | 0.00 | 0.00 | 0.00 | 14,117.50 | 2,946,458.80 | 0.00 | 0.00 |
| 11/25/15 | 89 | 3,547,250.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,621,187.09 | 0.00 | 0.00 |
| 8/13/12 | 91 | 3,523,795.50 | 1,626,531.09 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 5,344.00 | 1,626,531.09 | 0.00 | 0.00 |
| 9/12/11 | 97 | 2,853,400.83 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,057,073.67 | 0.00 | 0.00 |
| 12/12/11 | 97 | 2,853,400.83 | 1,083,415.96 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 26,342.29 | 1,083,415.96 | 0.00 | 0.00 |
| 1/12/12 | 97 | 2,853,400.83 | 1,086,894.96 | 1,083,415.96 | 0.00 | 0.00 | 0.00 | 3,479.00 | 1,086,894.96 | 0.00 | 0.00 |
| 9/12/12 | 97 | 2,853,400.83 | 1,073,428.33 | 1,086,894.96 | 0.00 | 0.00 | 0.00 | (13,466.63) | 1,073,428.33 | 0.00 | 0.00 |
| 3/12/13 | 97 | 2,853,400.83 | 1,072,499.56 | 1,073,428.33 | 0.00 | 0.00 | 0.00 | (928.77) | 1,072,499.56 | 0.00 | 0.00 |
| 1/13/14 | 97 | 2,853,400.83 | 1,070,037.27 | 1,072,499.56 | 0.00 | 0.00 | 0.00 | (2,462.29) | 1,070,037.27 | 0.00 | 0.00 |
| 11/12/09 | 102 | 2,625,541.99 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,639,097.92 | 0.00 | 0.00 |

Case 17-04120-BDL   Doc 5-3   Filed 12/12/17   Ent. 12/12/17 13:51:59   Pg. 118 of 121

**WELLS FARGO**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **1/12/17**
**Record Date:** **12/30/16**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/10 | 102 | 2,625,541.99 | 2,630,479.29 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | (8,618.63) | 2,630,479.29 | 0.00 | 0.00 |
| Totals | | | | | 0.00 | 0.00 | 0.00 | (381,153.59) | | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

**WELLS FARGO**

**Wells Fargo Bank, N.A.**
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Interest Shortfall Reconciliation Detail - Part 1

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Special Servicing Fees | | | ASER | (PPIS) Excess | Non-Recoverable (Scheduled Interest) | Interest on Advances | Modified Interest Rate (Reduction) /Excess |
| | | | Monthly | Liquidation | Work Out | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 40,353,238.51 | 29,928,896.23 | 6,462.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 84 | 4,500,000.00 | 3,683,767.48 | 794.76 | 0.00 | 0.00 | 8,427.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 44,853,238.51 | 33,612,663.71 | 7,256.93 | 0.00 | 0.00 | 8,427.31 | 0.00 | 0.00 | 0.00 | 0.00 |

Copyright 2017, Wells Fargo Bank, N.A.

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **1/12/17**
Record Date: **12/30/16**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

## Interest Shortfall Reconciliation Detail - Part 2

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Reimb of Advances to the Servicer | | Other (Shortfalls)/ Refunds | Comments |
|---|---|---|---|---|---|---|
| | | | Current Month | Left to Reimburse Master Servicer | | |
| | | | **There are no Interest Shortfalls for the above columns for this Period.** | | | |
| Totals | | | | | | |
| Interest Shortfall Reconciliation Detail Part 2 Total | | | | 0.00 | | |
| Interest Shortfall Reconciliation Detail Part 1 Total | | | | 15,684.24 | | |
| Total Interest Shortfall Allocated to Trust | | | | 15,684.24 | | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-04120-BDL    Doc 5-3    Filed 12/12/17    Ent. 12/12/17 13:51:59    Pg. 121 of 121