1              David Bornheimer              328

2              I'm speaking in generally, I have

3    been through this before, I didn't work on

4    this specifically, but sometimes it takes

5    several months to get them set up properly to

6    get the receivables billed to satisfy them.

7              That's my read of what was happening

8    here.  It wasn't Midland wasn't following the

9    plan.  There was possibly some time necessary

10   to get the servicer's systems adjusted

11   accordingly pursuant to the plan, and once

12   that happened, then, the payments were made

13   and applied to the B note.

14             You can see that in the loan history

15   report.

16        Q.   Let's go with that theory.

17             Did that actually happen in this

18   case or are you just speculating?

19        A.   That's been my experience in dealing

20   with external master servicer's.  Many times,

21   most times, there's a period where it takes

22   to get your servicing system set up pursuant

23   to a modification or a change in terms.

24             Whereas this was, for the B note.

25        Q.   That would be information that your

1                    David Bornheimer              329

2    prior asset manager would know as well?

3         A.    Right.   Because they are the ones

4    that work with Wells, in this case, to make

5    sure their system reflected the plan.

6         Q.    Is there anything in that CDC plan

7    that reflects what you just said; that

8    Midland shall be provided with a certain

9    period of time in order to get their systems

10   in compliance with the CDC plan payments?

11        A.    I have not reviewed the plan looking

12   for that.   Again, it takes time to get

13   systems modified.

14        Q.    If we go back, go to the next page,

15   you had previously testified in April of

16   2013, Midland is following the waterfall, but

17   there's not enough money to make the B note

18   payment, correct?

19        A.    Right.   At the bottom there's a

20   negative $98,000.

21        Q.    So, according to your attorney, the

22   schedule that he prepared, and the schedule

23   he sent to Centrum, he's saying the cash

24   balance in the account in April of 2013 was

25   $300,000, more or less.   After he applied all

```
1                  David Bornheimer                330
2     the payments under the waterfall, there's not
3     enough money to make the B note payment,
4     which caused the B note to go into default,
5     right?
6          A.   Right.   There was insufficient cash
7     flow.
8          Q.   It's been your consistent position
9     that the B note went interest default in
10    April of 2013?
11         A.   Yes.   There was no payment made.
12         Q.   But the problem is, if we look at
13    Exhibit 66, which is the month of April 2013,
14    the cash balance is not what your attorney
15    reflected on the schedule of $300,000, but
16    rather the actual money in the account was
17    $560,000, correct?
18         A.   I see that on the bank statement.
19         Q.   Do you know why your attorney took
20    this position on the schedule when there was
21    actually money in the account?
22              Isn't the best thing to look at,
23    sir, I know you're looking at your loan
24    history, here's the money in the account, the
25    bank statement?
```

```
1              David Bornheimer              331

2       A.   No, I don't think so, because that's

3   a moment in time, whereas, it could be a

4   timing issue as to how much money was

5   available, when funds were posted.

6       Q.   I'll get you the next one.

7            If you want to look at the month

8   after, we can clarify the moment in time

9   issue, right?

10           Here's May of 2013.  And we can mark

11  it.

12               (Whereupon, Bornheimer Exhibit 69,

13       bank statement was marked, for

14       identification, as of this date.)

15      Q.   This is Bornheimer 69.  Bornheimer

16  66 is the March/April period of time, and

17  Bornheimer 69 is, I give you the next month

18  just in case we have an overlap like you just

19  said.

20           The way I read this, sir, the

21  average balance is a half million dollars in

22  the account; do you read it the same way?

23      A.   The average balance, yes.

24      Q.   So, that average balance of money

25  that's in the account is a lot more than
```

1                    David Bornheimer              332

2    $27,000, right?

3         A.   I see deposits of $403,000.   And

4    deductions of $622,000.

5         Q.   But the deposits get added to the

6    prior balance.

7              If you look, the bank statement

8    shows your average balance?

9         A.   Again, you're looking at moments in

10   time as opposed to what the amount that had

11   to be run through the waterfall was at

12   another moment in time.  I think, it's hard

13   to compare these two.

14             The way I look at it is, in the loan

15   history report, this is a nice analysis that

16   the attorney has attached to the attorney's

17   letter.

18        Q.   We took your attorneys analysis and

19   that's what our accountant did, he followed

20   the same type of analysis.

21             My question to you is, when you look

22   at a default, shouldn't you look at a moment

23   in time?

24        A.   When a payment wasn't made.  The

25   default wouldn't have occurred to the loan

1              David Bornheimer              333

2    document --

3         Q.   Right.

4              We should look at a moment in time

5    when a payment default occurs, right?

6         A.   Again, same answer.

7              We look when the payment wasn't made

8    in accordance with the loan documents and the

9    plan requirements.

10        Q.   I agree, but isn't this a little bit

11   of a different situation than when a borrower

12   is controlling the money and the borrower is

13   supposed to make payments?

14             In this situation, Midland is

15   controlling the money, right?

16        A.   Right.

17        Q.   So, Midland has the money, has

18   possession of the money, and is responsible

19   for following the waterfall, right?

20        A.   Right.

21        Q.   I'm showing you bank statements in a

22   moment in time when Midland has asserted in

23   court a payment default occurred on this

24   moment in time, right?

25        A.   Right.

| 1 | David Bornheimer 334 |

1                  David Bornheimer           334

2       Q.   But, in that moment in time, the

3 bank statements that Midland is controlling

4 actually reflect more cash in the bank to

5 make the payment; do you agree with that?

6       A.   Again, it depends how many payments

7 were supposed to come out of that bank

8 account at this moment in time.

9       Q.   But at that moment, we just did

10 that. We'll do all of that again. We just

11 did it.

12            In April of 2013 there was a monthly

13 principle and interest debt payment due,

14 right?

15       A.   Right.

16       Q.   That monthly principal debt service

17 was $27,792, or it's $23,000, it's somewhere

18 in the $20,000 range; would you agree with

19 me?

20            Sir, there's still an outstanding

21 question; if you could answer my question?

22            MR. FELD: Give him a chance to

23     look at the document.

24            MR. MANISCALCO: Okay.

25            (Whereupon, the record was read